UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CRAIG JALBERT** | **CIVIL ACTION NO. 23-CV-00505** |
| **VERSUS** | **JUDGE EDWARDS** |
| **RAYMOND JAMES & ASSOCIATES, INC., ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 35), and after a de novo review of the record, including the Objection filed by the Plaintiff (R. Doc. 37) and the Response to the Plaintiff's Objection filed by the Defendants (R. Doc. 41), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (R. Doc. 17) is **DENIED**.

THUS ORDERED AND SIGNED in Chambers this 6th day of May, 2024.

_____
**JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT**