# EXHIBIT 1

**Expert Report of J. Lester Alexander, III**

**Craig Jalbert, in his capacity as the Chapter 11 Liquidating Trustee for German Pellets Louisiana, LLC and Louisiana Pellets, Inc.,**

**V.**

**Peter Leibold, Anna Kathrin Leibold, Michael Leibold, Meranda Hyman, German Pellets Holding USA, Inc., Continentale Sachversicherung AG, Raymond James & Associates, Inc., George Longo, and Danyal Sattar**

**February 20, 2023**

**No. 40802**

1.      This narrative and attached appendices supplements and replaces my prior report dated December 30, 2022 in its entirety to take into account information subsequently learned and summarizes my findings and opinions formed to date in the matter of *Craig Jalbert, in his capacity as the Chapter 11 Liquidating Trustee for German Pellets Louisiana, LLC and Louisiana Pellets, Inc. v. Peter Leibold, Anna Kathrin Leibold, Michael Leibold, Meranda Hyman, German Pellets Holding USA, Inc., Continentale Sachversicherung AG, Raymond James & Associates, Inc., George Longo, and Danyal Sattar.* I was retained by counsel for Craig Jalbert, in his capacity as the Chapter 11 Liquidating Trustee (the "Trustee"). I refer to German Pellets Louisiana, LLC ("GPLA") and Louisiana Pellets, Inc. ("Louisiana Pellets") collectively herein as either the "Louisiana Entities" or the "Debtors." I refer collectively to defendants Raymond James & Associates, Inc. ("Raymond James"), George Longo, and Danyal Sattar as the "RJ Parties." All attached schedules and appendices are expressly made a part of my report. My review and analysis of the facts and circumstances of the case continues. I reserve the right to supplement and amend

Page 1 of 16

my opinions to consider information learned after issuance of this report.  I was assisted by members of my firm working under my direction in performing this analysis.  My firm's billing rates for this engagement range from $110 to $525 per hour.

2.      Effective January 1, 2023, I joined JS Held, LLC as an Executive Vice President. I am a Certified Public Accountant ("CPA"), Certified in Financial Forensics ("CFF"), a Certified Fraud Examiner ("CFE"), a Chartered Global Management Accountant, and Accredited in Business Valuation ("ABV").  I have more than three decades of professional experience providing business valuation, acquisition advisory, damages measurement, risk management advisory, financial forensics, audit, tax and other accounting and consulting services.  I am a former partner of PricewaterhouseCoopers LLP ("PwC") and its legacy firm, Coopers & Lybrand, LLP, where I served as southeastern practice leader of one of its consulting practices and served as an audit partner.  I am the former Chief Executive Officer and Chairman of AEA Group, LLC ("AEA Group").  I have analyzed and determined the value of ownership interests in businesses and the economic viability of businesses in connection with acquisitions, disposals and disputes.  I have served as a lead advisor for various financial institutions in connection with underwriting and credit/investment evaluation activities.  Throughout my career, I have advised governing bodies, committees and senior management on their role in oversight activities of companies in the start-up/growth, mature and restructuring phases of development.  I have specialized training and extensive experience with performing pre-acquisition due diligence, cash flow analysis, business valuation, damages measurement and enterprise risk management.  I am on the Bankruptcy Trustee panel in the Middle District of Alabama where I serve as a specially appointed Bankruptcy Trustee. I have testified as an expert witness on a variety of financial topics.  The topics include solvency determinations, tracing the sources and uses of cash and analyzing the course of conduct between

debtors, officers, directors and creditors, among others, in various state and Federal courts. See the appendices for additional information concerning my qualifications and experience.

## SCOPE AND METHODOLOGY

3.　　Counsel for the Trustee retained me as an expert witness to determine (i) whether the equity contributions were made to the Louisiana Entities consistent with representations in the various limited offering memorandums ("LOMs") prepared and issued by Raymond James in connection with the sale of multiple series of bonds (the "Bonds") used to finance a solid waste disposal and wood biomass pellet manufacturing facility in Urania, Louisiana (the "Wood Pellets Facility"); (ii) to the extent the equity contributions were not made, the feasibility of the Louisiana Entities to operate as a going concern; (iii) the amount received by Raymond James in connection with the Bonds; (iv) the damages suffered by the unsecured creditors related to the claims against the RJ Parties assigned by the bondholders ("the Assigning Bondholders") to the Trustee, calculated consistent with the statutory formula set forth in Louisiana's Blue Sky Law, La. R.S. 51:714, assuming a finding of liability; and (v) to review and critique the Expert Report of Gary Kleinrichert (the "Opposition Expert") dated February 3, 2023.

4.　　In order to reach our conclusions and conduct our analyses, myself and others working under my direction, performed the following:

- Reviewed and analyzed the audited financial statements of the Louisiana Entities, as well as the related Whitley Penn, LLP ("Whitley Penn") audit work papers, for the year ended December 31, 2014;

- Reviewed and analyzed IPBG financial statements provided to the RJ Parties as of December 31, 2013 and 2014;

- Reviewed and analyzed the Louisiana Entities general ledgers from inception through February 2016;

- Utilized the Raymond James financial model for Phase I (the "Raymond James Projections");[1]

- Reviewed and analyzed the LOMs prepared and issued by Raymond James in connection with each of the 2013A, 2013B & 2013C, 2014A & 2014B, 2015 and 2015A bond issues;

- Reviewed documents pertaining (i) to goods and services provided by various subcontractors engaged in connection with the construction of the Wood Pellets Facility and (ii) billings by and payments to those subcontractors;

- Reviewed documents pertaining to the Wood Pellets Sale and Purchase Agreement between the Louisiana Entities and E.ON UK PLC;

- Read deposition testimony given by Norman Dittmar ("Dittmar") dated November 29, 2022; Whitley Penn By and Through its Designated Representative Jeffry S. Lawlis dated December 15, 2022; Corporate Representative of Raymond James & Associates, Inc. William H. (Bill) Fussell dated December 20 and 21, 2022; James Nobel dated February 1, 2023; Nuveen Asset Management by and through William Andrew Folland dated January 10, 2023; Brian Winters dated January 12, 2023, including exhibits thereto;

- Read the petition, as amended, and answers thereto. We also reviewed various papers and pleadings related to the bankruptcy proceedings of the Louisiana

---

[1] See, e.g., "Exhibit 167 Trustee-LaSalle 319264.pdf" and "Exhibit 168 Trustee-LaSalle 319266 LPI++-+Project_Phase+I+_Financial+Model_12.05.2013.xlsm."

Entities including, but not limited to, pleadings and documents relating to sales procedures and ultimate liquidation of property of GPLA and Louisiana Pellets which served as collateral for the Bonds;

- Reviewed email communications between the RJ Parties and IPBG;

- Reviewed Assignment of Claims to Liquidating Trust for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC made by (a) City National Rochdale Municipal High Income Fund, (b) Ivy Municipal High Income Fund, for itself and as successor to Waddle & Reed Advisors Municipal High Income Fund, (c) KKR Credit Advisors (US), LLC, on behalf of its managed funds and accounts, (d) Macquarie Investment Management, (e) Principal Street Partners, LLC,[2] (f) Invesco High Yield Municipal Fund, Invesco Municipal Income Fund, Invesco Intermediate Term Municipal Income Fund, Invesco Municipal Trust, Invesco Municipal Income Opportunities Trust, Invesco Trust For Investment Grade Municipals, Invesco Municipal Opportunity Trust, Invesco Quality Municipal Income Trust, Invesco Value Municipal Income Trust, and, Invesco Advantage Municipal Income Trust and (g) Nuveen Asset Management, LLC, on behalf of the Nuveen High Yield Municipal Bond Fund, Nuveen Louisiana Municipal Bond Fund, Nuveen Municipal High Income Opportunity Fund, and Nuveen Short Duration High Yield Municipal Bond Fund, severally, not jointly;

- Read and reviewed documents supporting the investment and assignment of the Bonds to the Trustee including the signed and executed investor letters for bond Series 2013B, Series 2013C, Series 2014A, Series 2014B, Series 2015 and Series 2015A; trading activity of the Series 2013A, Series 2013B, Series 2013C, Series 2014A, Series 2014B, Series 2015 and Series 2015A bonds published by Electronic Municipal Market Access ("EMMA"), a service of the MSRB; and Global Newswire's article summarizing City National Bank's public announcement dated March 11, 2016;

---

[2] Please note that the Green Square Capital Advisors changed its name to Principal Street Partners, LLC shortly after the Assignment of Claims was executed.

- Reviewed and utilized Notices Regarding Sale Order and Distribution from UMB Bank, N.A. ("UMB") dated June 13, 2017 and April 27, 2018;

- Obtained and reviewed the financial history of the Bonds from the third-party trustee of the trust indenture;

- Utilized historical 3-Month USD LIBOR published by Standard and Poor's Capital IQ;

- Read and reviewed La. R.S. 51:714;[3] and

- Reviewed and analyzed the Expert Report of Gary Kleinrichert dated February 3, 2023.

## FINDINGS AND OPINIONS

5.    Based upon the methodology described above, my skills, knowledge, experience, education, and training, my opinions are as follows:

6.    The Raymond James prepared LOMs represented that the following equity contributions had been or would be made:

- An equity contribution of $37,262,449 was made by IPBG Beteiligungs GmbH ("IPBG")[4] to Louisiana Pellets to partially fund land acquisition and other initial project costs on or before December 5, 2013;[5]

---

[3] See the appendices to my report for additional information utilized in my damages determination.

[4] Please note that Louisiana Pellets, the borrower and facility owner, is a special purpose corporation that is wholly owned by IPBG, which is controlled by Anna K. Leibold. GPLA the facility operator, is wholly owned by German Pellets Holdings USA, Inc., which is wholly owned by GP, which is wholly owned by Anna K. Leibold and Peter Leibold. See, e.g., Limited Offering Memorandum for Series 2015A dated July 20, 2015 - "2015A_1.10 (LOM).PDF."

[5] See, e.g., Limited Offering Memorandum for Series 2013B, Taxable Series 2013C dated November 22, 2013, pp. 3, 6 - "2013BC_Limited Offering Memorandum.pdf."

- An additional $20,096,379 equity contribution would be made by IPBG for the remaining costs of Phase I of which $7,500,000 would be paid to GPLA for initial working capital for the wood pellet plant in Urania;[6]

- An additional $4,000,000 of equity would be contributed by IPBG to Louisiana Pellets for the remaining costs of Phase IIA in connection with the series 2014A and 2014B bonds;[7]

- An equity contribution of $9,572,055 was made by IPBG and German Pellets GmbH ("GP") to Louisiana Pellets for the remaining costs of Phase IIB prior to the closing on the series 2015 bonds on May 20, 2015;[8] and

- An equity contribution of $1,160,877 was made by IPBG or GP (as Project sponsors) on or about July 20, 2015 in connection with the closing of the series 2015A bonds.[9]

- These representations were made and repeated in subsequent LOMs.

7.    Further, IPBG certified on multiple occasions that it had made these equity contributions.[10]

8.    However, the December 31, 2014 financial statements for Louisiana Pellets audited by Whitley Penn showed only approximately $20.1 million in equity contributions as of December 31, 2014 and 2013. The actual 2013 equity contributions were approximately $37 million less than

---

[6] See, e.g., Limited Offering Memorandum for Series 2013B, Taxable Series 2013C dated November 22, 2013, pp. 3, 6 - "2013BC_Limited Offering Memorandum.pdf."
[7] See, e.g., Limited Offering Memorandum for Series 2014A and Series 2014B dated August 4, 2014, pp. 3, 6 - "2014A_37 Limited Offering Memorandum.pdf."
[8] See, e.g., Limited Offering Memorandum for Series 2015 dated May 20, 2015, pp. 3, 6 "2015_31 Limited Offering Memorandum.pdf."
[9] See, e.g., Limited Offering Memorandum for Series 2015A dated July 20, 2015, p. 7 "2015A_1.10 (LOM).PDF."
[10] See, e.g., "97 - IPBG Equity Contribution Certificate.pdf", "069 IPBG Equity Contribution Certificate.pdf" and "47 IPBG Equity Contribution Certificate.pdf."

the $57 million represented in the Raymond James prepared LOM for the series 2013B & 2013C bonds.[11]  In addition, the actual 2014 equity contributions were approximately $41 million less than  $61 million represented in the Raymond James prepared LOM for the series 2014A & 2014B bonds.[12]  In addition, the December 31, 2014 and 2013 financial statements for IPBG also showed that IPBG did not contribute $61 million in equity to Louisiana Pellets.  Instead, IPBG's financial statements confirmed that the equity contributions represented in the Raymond James prepared LOMs were overstated by $41 million in the 2014 LOM and $37 million in the 2013B/C LOM.[13]  Moreover, email correspondence between Raymond James personnel revealed that IPBG financial statements showing the equity shortfall were in possession of Raymond James as early as October 30, 2015.[14]

9.    The general ledgers readily show that the equity contributions reported in the above referenced LOM's purportedly made by IPBG to the Louisiana Entities were materially overstated by millions of dollars.  We confirmed that the equity contributions were overstated by approximately $4l million on December 31, 2014 and $37 million on December 31, 2013 using the general ledgers.  We also confirmed that a series of transactions on June 19, 2015 had no economic substance using the general ledgers of the Louisiana Entities.  Specifically, on June 19, 2015 the following occurred: GP transferred $37,262,449 to the Pele Foundation, the parent of IPBG; the Pele Foundation transferred the same amount, $37,262,449, to IPBG; IPBG transferred

---

[11] See, e.g., Limited Offering Memorandum for Series 2013B, Taxable Series 2013C dated November 22, 2013, "2013BC_Limited Offering Memorandum.pdf."
[12] See, e.g., Louisiana Pellets, Inc. Consolidated Financial Statements dated December 31, 2014 - "2014 Financial Statements LPI – Issued.pdf."
Please note that Louisiana Pellets Inc Statement of Changes in Stockholders' Equity for December 31, 2014 shows a Capital Contribution of $20,096,379 which is $31,000 less than the Consolidated Financial Statements.  See, e.g., "T1 Equity Rollforward – LA.pdf."
[13] IPBG's balance sheet shows approximately €14.8 million worth of shares in Louisiana Pellets as of December 31, 2013 and December 31, 2014. See, e.g., "RJA_Jalbert_00254467.pdf" and "RJA_Jalbert_00254470.pdf."
[14] See, e.g., "RJA_Jalbert_00254467.pdf."

the same amount, $37,262,449, to Louisiana Pellets; Louisiana Pellets transferred the same amount, $37,262,449, to GPLA; and finally, GPLA transferred the same amount, $37,262,449, back to GP.  All five transfers occurred at approximately the same time and were internal to Commerzbank.  Therefore, no funds ever left the bank.[15,16,17,18]  These transfers occurred four days after the audited financial statements were circulated and immediately after members of the Leibold family provided representation letters to Whitney Penn attesting to the accuracy of the audited financials.[19]

---

[15] See, e.g., "5591040_Exhibit_50_NormanDittmar.pdf", "5591040_Exhibit_51_NormanDittmar.pdf", "5591040_Exhibit_52_NormanDittmar.pdf", "GPLA cash balance analysis new v2.xlsx" and "GLPA_complete GL recordings (inception to Feb 18, 2016).xlsx."

[16] See, e.g., Deposition transcript of Dittmar taken November 29, 2022 - "5591040-2_Cond_COND [Dittmar Transcript].PDF."
Dittmar was asked, "[t]hese are cash transfers from IPBG?...". Dittmar responded, "[y]eah, originating from GP GmbH, then given as a loan to Pele, then transferred as equity to IPBG, and then from IPBG to the respective U.S. entities." (page 122)
Dittmar was then asked, "[a]nd you think that number was $37 million for…" Dittmar responded, "I think so." After confirmation, Dittmar was asked, "[a]nd that occurred when?" Dittmar responded, "[i]n 2015, if I'm not mistaken, on June 19th." (page 122)

[17] See, e.g., Deposition transcript of Dittmar taken November 29, 2022 - "5591040-2_Cond_COND [Dittmar Transcript].PDF."
Dittmar was asked, "[a]re you familiar with the allegations that there were a series of transfers in the amount of $37,262,449 a month for German Pellets related entities termed in the petition to be an equity contribution cover-up? Are you aware of that?"  Dittmar responded, "[y]es." (page 175-176)
Dittmar was then asked, "…do you agree with that allegation that this was - - these transactions were a equity contribution cover-up?"  Dittmar responded, "Well, I can tell you that the money went in and out in basically the same split second, and it started at GP GmbH and it went back in GmbH in the same - - on the same date. How this is to be judged legally and from an accounting perspective, I don't want to go into that…the transfer…they were all Commerzbank accounts, and that basically there was a wire of that amount going from GP GmbH to Austria to IPBG to I believe LPI, from LPI to GPLA and from GPLA back to GP GmbH, and that has to be reflected on the ledger." (page 176-177)

[18] See, e.g., Deposition transcript of Dittmar taken November 29, 2022 - "5591040-2_Cond_COND [Dittmar Transcript].PDF."
Dittmar was asked, "Was it an attempt to hide something from others?" Dittmar responded, "I mean, he told me that basically equity was supposed to be contributed in the past and it hadn't.  So this is basically what needed to be done to show that equity on the books." (page 178-179)
Dittmar was then asked, "Did it result in any additional equity being put into the projects?"  Dittmar responded, "You mean were those funds available to the project?"  After confirmation, Dittmar stated, "No because they went out or they went back to GP GmbH on the same day." (pages 179)

[19] See, e.g., Management Representation Letter to Whitley Penn dated June 15, 2015 - "A7.1c Signed Management Rep Letter - LA.pdf."

10.     The RJ Parties failed to verify the accuracy of the representations made in the equity contribution certificates submitted by IPBG. Had the RJ Parties simply reviewed the general ledgers of the Louisiana Entities, they would have easily uncovered the fact that the equity contribution certificates were quantitatively and qualitatively materially misstated.[20]   For example, they would have easily discovered that the $37 million equity overstatement as of December 31, 2013 and the $41 million equity overstatement as of December 31, 2014 was caused by amounts recorded as accounts receivable from the shareholder, IPBG.[21]   Obviously, an accounts receivable from a shareholder is not equity.[22,23]

11.     On December 5, 2013, IPBG submitted an equity contribution certificate to Raymond James in the amount of approximately $37 million.   The RJ Parties should have compared the amounts contained in the equity certificate to the general ledgers of the Louisiana

---

[20] See, e.g., SEC Staff Accounting Bulletin 99; AICPA  AU-C Materiality in Planning and Performing an Audit; and *TSC Industries v. Northway, Inc.*, 426 U.S. 438, 449 (1976); *see Basic, Inc. v. Levinson*, 485 U.S. 224 (1988) (as the Supreme Court has noted, determinations of materiality require "delicate assessments of the inferences a 'reasonable shareholder' would draw from a given set of facts and the significance of those inferences to him...." *TSC Industries*, 426 U.S. at 450); *see also* FASB, *Amendments to Statement of Financial Accounting Concepts No. 8—Conceptual Framework for Financial Reporting—Chapter 3, Qualitative Characteristics of Useful Financial Information* (Aug. 2018).

[21] See, e.g., "gl and vendor accounts list.xlsx," "GPLA_complete GL recordings (inception to Feb 18, 2016).xlsx" and "LPI_complete GL recordings (inception to Feb 18, 2016).xlsx."

[22] See, e.g., Deposition transcript of Dittmar taken November 29, 2022 – "5591040-2_Cond_COND [Dittmar Transcript].PDF." Dittmar was being questioned about two general ledger entries in 2014 related to the equity contributions representations made in connection with the 2014A & 2014B LOMs.  Dittmar was asked, "[a]nd it shows two payments for equity contribution for the 2014 bonds, one for -- I'm sorry, one for 2014 and one is connected to the interest owed on 2013A; correct?" To which Dittmar responded, "I doubt that."
Dittmar was then asked, "I'm sorry, you doubt what?"
Dittmar responded, "That this is a payment booking, because if I recall correctly, account 157000, but you correct me if I'm wrong, was receivables basically to parent. So basically what you see here, as we went through, is somebody booked initially in line 4 and 5 the receivable for equity to be paid… And then the 20 million was an actual payment that I believe had an offset to a bank account. And then here the same thing happened, like in line 4 and 5, somebody booked a receivable to the parent saying we should get this equity payment from the parent, but this doesn't show that the money was actually paid." (pages 163-164)

[23] Whiley Penn conducted their audit to in accordance with U.S. GAAP auditing standards, and their audit netted the balance of the Accounts Receivable Shareholder account balance and the Capital Reserve account balance. See, e.g., "A1 Report - Issued  - LA.pdf" and "T1 Equity Rollforward – LA.pdf."

Entities.  My comparison of the amounts on the certificate to the general ledgers readily revealed that the certificate was overstated by millions of dollars.[24,25,26]

12.     The Louisiana Entities failure to receive equity contributions was the primary, if not the sole, cause of the damages suffered by the unsecured creditors related to the Bonds.  Both the Raymond James Projections and the Raymond James prepared 2013B & 2013C LOM demonstrate that the Louisiana Entities needed $57 million in Phase I equity contributions to succeed.  Moreover, the Raymond James Projections and the LOMs show that the Louisiana Entities would fail without $37 million in Phase I equity contributions, regardless of what subsequently occurred.[27,28]  For example, the Louisiana Entities needed the equity contributions to acquire land and pay for other initial project costs according to the Raymond James Projections and the 2013B & 2013C LOM.  Further, the Louisiana Entities needed the equity contributions to fund two years of start-up losses according to the Raymond James Projections and the 2013B & 2013C LOM.  Moreover, the Raymond James Projections correctly predict that the Louisiana Entities would fail without the required equity contributions despite its having a wood pellets supply contract with its customer, E.ON.[29]

---

[24] See, e.g., "069 IPBG Equity Contribution Certificate.pdf."
[25] See, e.g., Deposition transcript of Dittmar taken November 29, 2022 - "5591040-2_Cond_COND [Dittmar Transcript].PDF."
Dittmar was being questioned about the equity contribution certificate dated December 5, 2013.  When asked, "…can you tell me as you look at these items how much either IPBG or German Pellets GmbH paid of these amounts prior to 1/4/2013?"
Dittmar responded, "Well, I know that because in - - when working with the liquidating trustee, there were also claims against, for example, Vecoplan, Wesel, and others; and as part of that were looking into bookings and payment history for each vendor.  And there it became obvious that those amounts had not been fully paid by whatever entity prior to that date." (pages 147)
[26] See, e.g., Deposition transcript of Dittmar taken November 29, 2022 - "5591040-2_Cond_COND [Dittmar Transcript].PDF" (pages 253-260).
[27] See, e.g., "2013BC_Limited Offering Memorandum.pdf."
[28] See, e.g., "Exhibit 167 Trustee-LaSalle 319264.pdf" and "Exhibit 168 Trustee-LaSalle 319266 LPI++-+Project_Phase+I+_Financial+Model_12.05.2013.xlsm."
[29] See, e.g., "PF2 037__E_ON_Offtake_Agreement.pdf" and "PF3 038__Assignment_and_Assumption_of_E_ON_Offtake_Agreement.pdf."

13.    We have determined the amounts of revenue received, at a minimum, by Raymond James in connection with the Bonds.  The amounts are as follows:

- Raymond James received $350,000 for an underwriting discount in connection with the series 2013A bonds;[30]

- Raymond James received $6,350,000 for an underwriter's discount, project advisory fee, and original issue discount in connection with the series 2013B and series 2013C bonds;[31]

- Raymond James received $1,575,000 for an initial purchaser's fee of $971,250 and an initial purchaser's discount of $603,750 in connection with the series 2014A bonds;[32]

- Raymond James received $500,000 for an initial purchaser's fee of $350,000 and an initial purchaser's discount of $150,000 in connection with the series 2014B bonds;[33]

-  Raymond James received $2,550,000 for an underwriter's discount and an investment banking fee in connection with the series 2015 bonds; and[34]

- Raymond James received $895,000 for an underwriter's discount and investment banking fee in connection with the series 2015A bonds.[35]

- In total, Raymond James received $12,220,000 at a minimum.

---

[30] See, e.g., "5635949_Exhibit_206_BillFussellCorpRepRaymondJames.pdf."
[31] See, e.g., "5635949_Exhibit_207_BillFussellCorpRepRaymondJames.pdf."
[32] See, e.g., "5635949_Exhibit_208_BillFussellCorpRepRaymondJames.pdf."
[33] See, e.g., "5635949_Exhibit_208_BillFussellCorpRepRaymondJames.pdf."
[34] See, e.g., "5635949_Exhibit_209_BillFussellCorpRepRaymondJames.pdf."
[35] See, e.g., "5635949_Exhibit_210_BillFussellCorpRepRaymondJames.pdf."

14.    We have been advised that if there is a violation under the Louisiana Blue Sky Law, La. R.S. 51:714, the Trustee, as assignee of the Assigning Bondholders, is entitled to a recessionary remedy to recoup (i) outstanding principal; (ii) accrued and unpaid interest; and (iii) attorneys' fees, interest, and costs.  As a result of the RJ Parties' actions and assuming a finding of liability, we have calculated the Trustee's damages as of February 20, 2023 as follows:[36]

- The aggregate unpaid principal balance of the bonds held by the Assigning Bondholders is approximately $177.3 million.[37]  This amount is equal to the outstanding principal of Bonds held by the Assigning Bondholders as of February 18, 2016, the filing date of the Chapter 11 bankruptcy petitions, minus the principal repayments subsequently received.

- The aggregate interest income lost is approximately $92.8 million as of February 20, 2023.  This amount is equal to the accumulated unpaid interest less the interest payments subsequently received.[38]  In addition, the Trustee should receive an additional $52,348 in interest income per day computed using the applicable interest rate as of February 20, 2023.[39]

---

[36] "Any person who violates R.S. 51:712(A) shall be liable to the person buying such security, and such buyer may sue in any court to recover the consideration paid in cash or, if such consideration was not paid in cash, the fair value thereof at the time such consideration was paid for the security with interest thereon from the date of payment down to the date of repayment as computed in R.S. 51:714(C)(1), less the amount of any income received thereon, together with all taxable court costs and reasonable attorney's fees, upon the tender, where practicable, of the security at any time before the entry of judgment, or for damages if he no longer owns the security." See, §714. Civil liability from sales of securities, LA R.S. 51:714.

[37] See, e.g., Notice Regarding Sale Order and Distribution to the Holders of the below-captioned series of bonds prepared by UMB Bank, N.A., as Trustee dated June 13, 2017 - "Bondholder Distribution 6-13-17.pdf."

[38] Partial interest payments were distributed to the bondholders on April 27, 2018 in the aggregate amount of $5 million.  See, e.g., Notice Regarding Sale Order and Distribution to the Holders of the below-captioned series of bonds prepared by UMB Bank, N.A., as Trustee dated April 27, 2018 "UMB Distribution 4-27-18.pdf."

[39] Please note that Series 2013C and Series 2014B calculate interest based on the floating 3-Month USD LIBOR, and the lost interest income per day is subject to change after each interest reset date.

15.    The Opposition Expert's opinions are speculative and unreliable because they are based on a flawed methodology that considers events and transactions that likely would not have happened had the Raymond James LOMs and Raymond James Projections not contained material misrepresentations regarding the amount of equity contributions.  No reasonable investor would purchase bonds if the financial projections showed the entity issuing the bonds was going to fail. Had the Raymond James LOMs and Raymond James Projections properly disclosed the shortfall in equity, the Bonds would have never been issued.  His opinions are also misplaced and speculative because bond proceeds, including those from the initial 2013A offering, were transferred to GP and other related entities, and GP has not produced the records required to identify how those funds were used including whether equity was used to make the payments referenced in the Opposing Expert's report.

## OTHER CONSIDERATIONS

16.     This report is issued in accordance with the AICPA Statement on Standards for Forensic Services No. 1.  This report is to be used solely in connection with proceedings in the above-referenced matter and should not be used for any other purpose.  Outside distribution of this report to others is not permitted without the written consent of JS Held, LLC.  The information in this report is based on information learned through the date of the report.  Discovery in the captioned litigation is ongoing, as is my review and analysis of the facts and circumstances of the case.  As I have previously noted, I reserve the right to supplement and amend my opinions to consider information learned after the date of this report.

By:

_____

J. Lester Alexander, III

## APPENDICES

Appendix 1 –                Summary of Trustee's Loss by Assigning Bondholder as of February 20, 2023

Appendix 2 –                Summary of Trustee's Loss by Bond Series as of February 20, 2023

Appendix 3 –                Bonds With a Fixed Interest Rate as of February 20, 2023

Appendix 4 –                Bond Series 2013C as of February 20, 2023

Appendix 5 –                Bond Series 2014B as of February 20, 2023

Appendix 6 –                Percentage of Bonds Held by Assigning Bondholder as of February 20, 2023

Appendix 7 –                Bond Terms as of February 20, 2023

Appendix 8 –                3-Month USD LIBOR

Appendix 9 –                Resume of J. Lester Alexander, III

Appendix 10 –               J. Lester Alexander, III Testimony in the Last Four Years

Appendix 11 –               Information Utilized to Date

## Summary of Trustee's Loss by Assigning Bondholder
### as of February 20, 2023

| Series | Assigning Bondholder | Percent of Total Series Principal Held By Assigning Bondholder | Assigning Bondholder Unpaid Principal Balance | Assigning Bondholder Lost Interest Income | Assigning Bondholder Total Loss as of February 20, 2023 | Assigning Bondholder Daily Interest Income Lost After February 20, 2023 [1] |
|---|---|---|---|---|---|---|
| 2013B | City National Rochdale High Income Fund | 4.44% | $ 1,435,481 | $ 821,715 | $ 2,257,195 | $ 419 |
| | Ivy Municipal High Income Fund | 35.56% | 11,483,846 | 6,573,716 | 18,057,562 | 3,349 |
| 2013C | KKR Credit Advisors (US) LLC | 100.00% | 50,800,355 | 33,339,461 | 84,139,817 | 20,859 |
| 2014A1 | none | 0.00% | - | - | - | - |
| 2014A2 | City National Rochdale High Income Fund | 9.52% | 3,473,590 | 1,585,980 | 5,059,571 | 808 |
| | Macquarie Investment Management | 6.67% | 2,431,513 | 1,110,186 | 3,541,699 | 566 |
| | Ivy Municipal High Income Fund | 37.14% | 13,547,003 | 6,185,322 | 19,732,325 | 3,152 |
| | Principal Street Partners, LLC [2] | 4.76% | 1,736,795 | 792,990 | 2,529,785 | 404 |
| 2014B | KKR Credit Advisors (US) LLC | 100.00% | 15,752,017 | 10,341,605 | 26,093,622 | 6,462 |
| 2015 1 | Nuveen Asset Management, LLC | 32.94% | 6,788,883 | 2,590,781 | 9,379,663 | 1,320 |
| | City National Rochdale Municipal High Income Fund | 6.40% | 1,318,658.51 | 503,228 | 1,821,886 | 256 |
| | Invesco | 24.62% | 5,073,539 | 1,936,169 | 7,009,708 | 987 |
| | Principal Street Partners, LLC [2] | 3.20% | 659,329 | 251,614 | 910,943 | 128 |
| | Macquarie Investment Management | 10.60% | 2,185,676 | 834,100 | 3,019,777 | 425 |
| 2015 2 | Invesco | 66.44% | 30,968,383 | 13,084,421 | 44,052,804 | 6,667 |
| | Ivy Municipal High Income Fund | 4.24% | 1,976,705 | 835,176 | 2,811,881 | 426 |
| | Principal Street Partners, LLC [2] | 2.12% | 988,353 | 417,588 | 1,405,941 | 213 |
| | Macquarie Investment Management | 8.11% | 3,782,096 | 1,597,970 | 5,380,066 | 814 |
| 2015 A | Invesco | 96.51% | 22,760,132 | 9,926,567 | 32,686,699 | 5,058 |
| | Principal Street Partners, LLC [2] | 0.70% | 164,690 | 71,828 | 236,517 | 37 |
| | | | $ 177,327,045 | $ 92,800,416 | $ 270,127,461 | $ 52,348 |

**Source & Notes:**

1) Please note that the daily interest income lost after February 20, 2023 for Series 2013C and Series 2014B is only valid until the next interest reset date due to the floating interest rates.

2) Please note that Green Square Capital Advisors changed its name to Principal Street Partners, LLC shortly after the Assignment of Claims was executed on April 17, 2019. See, e.g., "2019-04-17 Green Square Assignment.pdf."

## Summary of Trustee's Loss by Bond Series
### as of February 20, 2023

| Series | Total Series Principal [1] | Principal Payments Received [1] | Unpaid Principal Balance | Interest Income Lost From June 14, 2017 to February 20, 2023 | Interest Income Received on April 27, 2018 [2] | Lost Interest Income | Total Loss as of February 20, 2023 | Additional Daily Interest Income Lost After February 20, 2023 [3,4] |
|---|---|---|---|---|---|---|---|---|
| 2013B | $  45,000,000 | $ (12,701,683) | $  32,298,317 | $    19,274,021 | $    (785,444) | $  18,488,577 | $    50,786,894 | $    9,420 |
| 2013C | 64,500,000 | (13,699,645) | 50,800,355 | 34,692,501 | (1,353,040) | 33,339,461 | 84,139,817 | 20,859 |
| 2014A1 | 10,500,000 | (3,201,560) | 7,298,440 | 3,110,960 | (126,776) | 2,984,184 | 10,282,624 | 1,521 |
| 2014A2 | 52,500,000 | (16,027,300) | 36,472,700 | 17,360,245 | (707,455) | 16,652,791 | 53,125,491 | 8,485 |
| 2014B | 20,000,000 | (4,247,983) | 15,752,017 | 10,761,151 | (419,546) | 10,341,605 | 26,093,622 | 6,462 |
| 2015 1 | 31,260,000 | (10,649,367) | 20,610,633 | 8,199,597 | (334,145) | 7,865,451 | 28,476,084 | 4,008 |
| 2015 2 | 70,740,000 | (24,129,290) | 46,610,710 | 20,530,076 | (836,630) | 19,693,446 | 66,304,156 | 10,034 |
| 2015 A | 35,800,000 | (12,216,419) | 23,583,581 | 10,722,668 | (436,964) | 10,285,704 | 33,869,286 | 5,241 |
|  | $  330,300,000 | $ (96,873,246) | $ 233,426,754 | $   124,651,219 | $  (5,000,000) | $ 119,651,219 | $   353,077,973 | $   66,029 |

*Sources and Notes:*

1) See, e.g., "Bondholder Distribution 6-13-17.pdf."

2) See, e.g., "UMB Distribution 4-27-18.pdf."

3) This is the additional damage each day after February 20, 2023 from additional lost interest income.

4) Please note that the daily interest income lost after February 20, 2023 for Series 2013C and Series 2014B is only valid until the next interest reset date due to the floating interest rates.

Appendix 3

## Bonds With a Fixed Interest Rate
### as of February 20, 2023

| Series | Total Series Principal | Fixed Interest Rate | Principal Repayments Received [5] | Unpaid Principal Balance | Days From June 14, 2017 to February 20, 2023 | Interest Income Lost From June 14, 2017 to February 20, 2023 [6] |
|---|---|---|---|---|---|---|
| 2013B [1] | $  45,000,000 | 10.50% | $  (12,701,683) | $  32,298,317 | 2,046 | $  19,274,021 |
| 2014A1 [2] | 10,500,000 | 7.50% | (3,201,560) | 7,298,440 | 2,046 | 3,110,960 |
| 2014A2 [2] | 52,500,000 | 8.38% | (16,027,300) | 36,472,700 | 2,046 | 17,360,245 |
| 2015 1 [3] | 31,260,000 | 7.00% | (10,649,367) | 20,610,633 | 2,046 | 8,199,597 |
| 2015 2 [3] | 70,740,000 | 7.75% | (24,129,290) | 46,610,710 | 2,046 | 20,530,076 |
| 2015 A [4] | 35,800,000 | 8.00% | (12,216,419) | 23,583,581 | 2,046 | 10,722,668 |
| | $  245,800,000 | | $  (78,925,619) | $  166,874,381 | | $  79,197,567 |

*Sources and Note:*

1) See, e.g.,  "2013BC_Limited Offering Memorandum.pdf."

2) See, e.g.,  "2014A_37 Limited Offering Memorandum.pdf."

3) See, e.g., "2015_31 Limited Offering Memorandum.pdf."

4) See, e,g., "2015A_1.10 (LOM).PDF."

5) See, e.g., "Bondholder Distribution 6-13-17.pdf."

6) Please note that interest has been calculated using a 360 day year, not 365 days.

**Bond Series 2013C**
**as of February 20, 2023**

| Interest Through Date [1] | Unpaid Principal Balance | 3-Month USD LIBOR Rate | Floating Interest Rate [1] | Accrued Interest Income Lost [2] |
|---|---|---|---|---|
| 7/3/2017 | $ 50,800,355 | 1.15% | 11.50% | $     308,330 |
| 10/2/2017 | 50,800,355 | 1.30% | 11.50% | 1,444,282 |
| 1/2/2018 | 50,800,355 | 1.34% | 11.50% | 1,460,510 |
| 4/3/2018 | 50,800,355 | 1.70% | 11.70% | 1,502,026 |
| 7/2/2018 | 50,800,355 | 2.32% | 12.32% | 1,547,371 |
| 10/1/2018 | 50,800,355 | 2.34% | 12.34% | 1,550,092 |
| 1/2/2019 | 50,800,355 | 2.40% | 12.40% | 1,592,069 |
| 4/1/2019 | 50,800,355 | 2.79% | 12.79% | 1,606,780 |
| 7/1/2019 | 50,800,355 | 2.60% | 12.60% | 1,599,640 |
| 10/1/2019 | 50,800,355 | 2.33% | 12.33% | 1,566,160 |
| 1/2/2020 | 50,800,355 | 2.09% | 12.09% | 1,552,325 |
| 4/1/2020 | 50,800,355 | 1.90% | 11.90% | 1,494,550 |
| 7/1/2020 | 50,800,355 | 1.44% | 11.50% | 1,460,510 |
| 10/1/2020 | 50,800,355 | 0.30% | 11.50% | 1,460,510 |
| 1/4/2021 | 50,800,355 | 0.23% | 11.50% | 1,509,194 |
| 4/1/2021 | 50,800,355 | 0.24% | 11.50% | 1,411,827 |
| 7/1/2021 | 50,800,355 | 0.20% | 11.50% | 1,460,510 |
| 10/1/2021 | 50,800,355 | 0.14% | 11.50% | 1,460,510 |
| 1/4/2022 | 50,800,355 | 0.13% | 11.50% | 1,509,194 |
| 4/1/2022 | 50,800,355 | 0.22% | 11.50% | 1,411,827 |
| 7/1/2022 | 50,800,355 | 0.96% | 11.50% | 1,460,510 |
| 10/3/2022 | 50,800,355 | 2.29% | 12.29% | 1,595,898 |
| 1/2/2023 | 50,800,355 | 3.75% | 13.75% | 1,726,645 |
| 2/20/2023 | 50,800,355 | 4.78% | 14.78% | 1,001,232 |
| **Total** | | | | **$  34,692,501** |

*Source and Notes:*
1) The interest rate is floating and is 11.5% during the first period. For each subsequent period, the interest rate is the lesser of (1) the maximum interest rate, 20%, and (2) 10% plus the greater of the Three Month LIBOR at approximately 11:00 A.M. London time on the first business day of each calendar quarter and 1.5% (p. 17, A-13-A-15, A-29-A-30).
See, e.g., "2013BC_Limited Offering Memorandum.pdf."

2) Please note that interest has been calculated using a 360 day year, not 365 days.

## Bond Series 2014B
### as of February 20, 2023

| Interest Through Date [1] | Unpaid Principal Balance [3] | 3-Month USD LIBOR Rate | Floating Interest Rate [1] | Accrued Interest Income Lost [2] |
|---|---|---|---|---|
| 6/29/2017 | $ 15,752,017 | 1.15% | 11.50% | $ 75,478 |
| 9/28/2017 | 15,752,017 | 1.30% | 11.50% | 447,839 |
| 12/28/2017 | 15,752,017 | 1.34% | 11.50% | 452,870 |
| 3/28/2018 | 15,752,017 | 1.69% | 11.69% | 460,536 |
| 6/28/2018 | 15,752,017 | 2.31% | 12.31% | 484,690 |
| 9/27/2018 | 15,752,017 | 2.34% | 12.34% | 480,448 |
| 12/27/2018 | 15,752,017 | 2.40% | 12.40% | 488,155 |
| 3/28/2019 | 15,752,017 | 2.80% | 12.80% | 509,785 |
| 6/27/2019 | 15,752,017 | 2.59% | 12.59% | 490,354 |
| 9/27/2019 | 15,752,017 | 2.32% | 12.32% | 485,118 |
| 12/30/2019 | 15,752,017 | 2.10% | 12.10% | 492,326 |
| 3/30/2020 | 15,752,017 | 1.91% | 11.91% | 468,992 |
| 6/29/2020 | 15,752,017 | 1.43% | 11.50% | 447,839 |
| 9/29/2020 | 15,752,017 | 0.30% | 11.50% | 452,870 |
| 12/30/2020 | 15,752,017 | 0.23% | 11.50% | 457,902 |
| 3/30/2021 | 15,752,017 | 0.24% | 11.50% | 452,870 |
| 6/29/2021 | 15,752,017 | 0.20% | 11.50% | 447,839 |
| 9/29/2021 | 15,752,017 | 0.14% | 11.50% | 452,870 |
| 12/30/2021 | 15,752,017 | 0.13% | 11.50% | 457,902 |
| 3/30/2022 | 15,752,017 | 0.21% | 11.50% | 452,870 |
| 6/29/2022 | 15,752,017 | 0.97% | 11.50% | 447,839 |
| 9/29/2022 | 15,752,017 | 2.28% | 12.28% | 483,474 |
| 12/30/2022 | 15,752,017 | 3.74% | 13.74% | 547,208 |
| 2/20/2023 | 15,752,017 | 4.77% | 14.77% | 323,076 |

**Total** $ **10,761,151**

*Source and Notes:*

1) The interest rate is floating and is 11.5% during the first period. For each subsequent period, the interest rate is the lesser of (1) the maximum interest rate, 20%, and (2) 10% plus the greater of the Three Month LIBOR on the second London business day immediately preceding the first London business day of each quarter and 1.5% (p. 4, A-12-A-14, A-27). See, e.g., "2014A_37 Limited Offering Memorandum.pdf."

2) Please note that interest has been calculated using a 360 day year, not 365 days.

**Percentage of Bonds Held by Assigning Bondholder**
**as of February 20, 2023**

| Series | Assigning Bondholder [1] | Total Series Principal | Principal Held By Assigning Bondholder | Percent of Total Series Principal Held By Assigning Bondholder |
|---|---|---|---|---|
| 2013B | City National Rochdale High Income Fund [2,8] | $ 45,000,000 | $ 2,000,000 | 4.44% |
| | Ivy Municipal High Income Fund [2,9] | | 16,000,000 | 35.56% |
| 2013C | KKR Credit Advisors (US) LLC [3,10] | 64,500,000 | 64,500,000 | 100.00% |
| 2014A1 | none | 10,500,000 | n/a | n/a |
| 2014A2 | City National Rochdale High Income Fund [4,8,16] | 52,500,000 | 5,000,000 | 9.52% |
| | Macquarie Investment Management [4,11,15] | | 3,500,000 | 6.67% |
| | Ivy Municipal High Income Fund [4,9,15,16] | | 19,500,000 | 37.14% |
| | Principal Street Partners, LLC [4,12,15] | | 2,500,000 | 4.76% |
| 2014B | KKR Credit Advisors (US) LLC [5,10] | 20,000,000 | 20,000,000 | 100.00% |
| 2015 1 | Nuveen Asset Management, LLC [6,17,15] | 31,260,000 | 10,296,650 | 32.94% |
| | City National Rochdale Municipal High Income Fund [6,8,15,16] | | 2,000,000 | 6.40% |
| | Invesco [6,14,15] | | 7,695,000 | 24.62% |
| | Principal Street Partners, LLC [6,12,15] | | 1,000,000 | 3.20% |
| | Macquarie Investment Management [6,11,15] | | 3,315,000 | 10.60% |
| 2015 2 | Invesco [6,14,15] | 70,740,000 | 47,000,000 | 66.44% |
| | Ivy Municipal High Income Fund [6,9,15,16] | | 3,000,000 | 4.24% |
| | Principal Street Partners, LLC [6,12,15] | | 1,500,000 | 2.12% |
| | Macquarie Investment Management [6,11,15] | | 5,740,000 | 8.11% |
| 2015 A | Invesco [7,14] | 35,800,000 | 34,550,000 | 96.51% |
| | Principal Street Partners, LLC [7,12] | | 250,000 | 0.70% |
| | | $ 330,300,000 | $ 249,346,650 | |

*Sources and Notes:*

1) The Assigning Bondholders are the entities who assigned their claims against the RJ Parties to the Trustee.

2) See, e.g., "126  2013B Investor Letters.pdf"

3) See, e.g., "127  2013C Investor Letters.pdf."

4) See, e.g., "42 2014A Investor Letters.pdf"

5) See, e.g., "43 2014B Investor Letters.pdf"

6) See, e.g., "34 Investor Letters.pdf"

7) See, e.g., "1.15.pdf."

8) See, e.g., "2022-02-25 City National Assignment.pdf."

9) See, e.g., "2019-04-11 Ivy Assignment.pdf."

10) See, e.g., "2019-06-07 KKR Assignment.pdf."

11) See, e.g., "2019-04-12 Maquarie Assignment.pdf."

12) Please note that Green Square Capital Advisors changed its name to Principal Street Partners, LLC shortly after the Assignment of Claims was executed on April 17, 2019. See, e.g., "2019-04-17 Green Square Assignment.pdf."

13) See, e.g., "2022-06-17 Assignment of Claims.pdf."

14) See, e.g., "2019-04-12 Invesco Assignment.pdf."

15) See the buying and selling activity  of the Bonds, published by Electronic Municipal Market Access, a service of the MSRB, at https://emma.msrb.org/IssuerHomePage/Issuer?id=F63FB6F532437888E043151E820A51DA&type=M.

16) Brian Winters testified about City National Rochdales holdings on January 12, 2023. See, e.g, "BrianWinters_PDFTran.pdf" and "BrianWinters_285.pdf."

17) See, e.g., "2022-06-17 Assignment of Claims.pdf."

## Bond Terms
### as of February 20, 2023

| Series | Total Series Principal | Initial Interest Rate | Principal Repayments Received [6] | Unpaid Principal Balance Lost | Interest Rate Fixed? Yes/No | Maturity Date |
|---|---|---|---|---|---|---|
| 2013B [1] | $  45,000,000 | 10.50% | $  (12,701,683) | $  32,298,317 | Yes | 7/1/2039 |
| 2013C [1,2] | 64,500,000 | 11.50% | (13,699,645) | 50,800,355 | No | 1/1/2020 |
| 2014A1 [3] | 10,500,000 | 7.50% | (3,201,560) | 7,298,440 | Yes | 7/1/2023 |
| 2014A2 [3] | 52,500,000 | 8.38% | (16,027,300) | 36,472,700 | Yes | 7/1/2039 |
| 2014B [3] | 20,000,000 | 11.50% | (4,247,983) | 15,752,017 | No | 1/1/2020 |
| 2015 1 [4] | 31,260,000 | 7.00% | (10,649,367) | 20,610,633 | Yes | 7/1/2024 |
| 2015 2 [4] | 70,740,000 | 7.75% | (24,129,290) | 46,610,710 | Yes | 7/1/2039 |
| 2015 A [5] | 35,800,000 | 8.00% | (12,216,419) | 23,583,581 | Yes | 7/1/2039 |
|  | $  330,300,000 |  | $  (96,873,246) | $  233,426,754 |  |  |

*Sources & Note:*

1) See, e.g.,  "2013BC_Limited Offering Memorandum.pdf."

2) Please note that Series 2013C total principal was initially $90,000,000, but it was partially paid off and left outstanding in the amount of $64,500,000. See, e.g., "2015A_1.10 (LOM).PDF."

3) See, e.g.,  "2014A_37 Limited Offering Memorandum.pdf."

4) See, e.g., "2015_31 Limited Offering Memorandum.pdf."

5) See, e,g., "2015A_1.10 (LOM).PDF."

6) See, e.g., "Bondholder Distribution 6-13-17.pdf."

**Appendix 8**

### 3-Month USD LIBOR

| Date [1,2] | 3-Month USD LIBOR [3] |
|---|---|
| 3/30/2017 | 1.15% |
| 4/3/2017 | 1.15% |
| 6/29/2017 | 1.30% |
| 7/3/2017 | 1.30% |
| 9/28/2017 | 1.34% |
| 10/2/2017 | 1.34% |
| 12/28/2017 | 1.69% |
| 1/2/2018 | 1.70% |
| 3/28/2018 | 2.31% |
| 4/3/2018 | 2.32% |
| 6/28/2018 | 2.34% |
| 7/2/2018 | 2.34% |
| 9/27/2018 | 2.40% |
| 10/1/2018 | 2.40% |
| 12/27/2018 | 2.80% |
| 1/2/2019 | 2.79% |
| 3/28/2019 | 2.59% |
| 4/1/2019 | 2.60% |
| 6/27/2019 | 2.32% |
| 7/1/2019 | 2.33% |
| 9/27/2019 | 2.10% |
| 10/1/2019 | 2.09% |
| 12/30/2019 | 1.91% |
| 1/2/2020 | 1.90% |
| 3/30/2020 | 1.43% |
| 4/1/2020 | 1.44% |
| 6/29/2020 | 0.30% |
| 7/1/2020 | 0.30% |
| 9/29/2020 | 0.23% |
| 10/1/2020 | 0.23% |
| 12/30/2020 | 0.24% |
| 1/4/2021 | 0.24% |

**Appendix 8**

## 3-Month USD LIBOR

| Date [1,2] | 3-Month USD LIBOR [3] |
|---|---|
| 3/30/2021 | 0.20% |
| 4/1/2021 | 0.20% |
| 6/29/2021 | 0.14% |
| 7/1/2021 | 0.14% |
| 9/29/2021 | 0.13% |
| 10/1/2021 | 0.13% |
| 12/30/2021 | 0.21% |
| 1/4/2022 | 0.22% |
| 3/30/2022 | 0.97% |
| 4/1/2022 | 0.96% |
| 6/29/2022 | 2.28% |
| 7/1/2022 | 2.29% |
| 9/29/2022 | 3.74% |
| 10/3/2022 | 3.75% |
| 12/29/2022 | 4.77% |
| 1/2/2023 | 4.78% |

*Sources and Note:*

1) See, e.g., "2013BC_Limited Offering Memorandum.pdf."

2) See, e.g., "2014A_37 Limited Offering Memorandum.pdf."

3) The 3-Month USD LIBOR (London Interbank Offered Rate) is an average interest rate that certain banks in London are willing to lend to one another in American dollars with a three month maturity.

# J. Lester Alexander, III

## PROFESSIONAL E X P E R I E N C E

Mr. Alexander is an Executive Vice President at J.S. Held, LLC.  He is the Founder and former Chief Executive Officer of AEA Group, LLC.  He is a former partner of PwC and former  southeastern practice leader of one of its legacy firm's consulting practices.  Mr. Alexander has practiced for more than three decades performing audit, tax and consulting services.   In recent years, Mr. Alexander has concentrated his practice in the areas of economic research, financial investigations, forensic accounting and valuation services.  Mr. Alexander has provided services and, from time to time, expert testimony in Federal and state courts and in situations involving alternative dispute resolution.  He has been admitted as an expert witness and testified in Federal and state courts on a variety of financial subjects.

He is experienced in and has provided business valuation, economic research, auditing, financial advisory, tax advisory, investment advisory, forensic accounting, fraud investigation, cash tracing and cost accounting services.  He has evaluated ownership interests in real property and in businesses in connection with acquisition, disposition and other types of disputes.  He has performed studies of market demand, obsolescence and product/equipment useful lives in numerous matters involving multiple industries.  He has traced the flow of cash and determined the sources and uses of funds.  In addition, he has performed incremental cost studies, contribution margin studies and other applications of cost accounting for clients in connection with new products, acquisitions, patents, trademarks and other purposes.  This experience includes making projections of incremental revenues and costs in connection with profitability analysis of proposed business ventures, new products and other profitability analysis for companies.

Throughout his career, Mr. Alexander has advised governing bodies, committees and senior management on their role in risk management and oversight activities of companies.  His clients have included publicly traded companies, privately held companies, governmental entities and tax-exempt entities.  He has advised governing bodies overseeing companies in the start-up/growth, mature and restructuring phases of operational development.  He has performed these services for governing bodies overseeing companies operating in a variety of industries.

Mr. Alexander has performed determinations of solvency; determined financial feasibility of turnaround plans; investigated potentially fraudulent transfers made by debtors; analyzed preferential payments to creditors; analyzed the course of dealings between debtor/creditor; and valued the consideration received when a debtor transfers assets.  Mr. Alexander has testified in court as an expert witness concerning insolvency, fraudulent transfers, preference payments, course conduct between businesses, reasonably equivalent value, cash/collateral tracing, lost profits, business valuation and records reconstruction.

**PROFESSIONAL EXPERIENCE- CONTINUED**

Further, Mr. Alexander has been appointed Trustee of both Chapter 11 and Chapter 7 Bankruptcy Estates and served as a lead advisor for various financial institutions in connection with their underwriting and credit/investment evaluation activities.  Creditors and Trustees have engaged Mr. Alexander to review financial feasibility of plans of reorganization, investigate insider transactions, value businesses and to evaluate loan collateral. In addition, Mr. Alexander has served as an arbitrator in connection with various types of disputes.

**INDUSTRY EXPERIENCE HIGHLIGHTS**

### *Energy*

Assisted BP with its evaluation, investigation and remediation of fraud risks in the Deep Water Horizon settlement fund.

Valued oil & gas leases located in the Gulf of Mexico in connection with allegations of breaches of fiduciary duties by an officer of an oil & gas exploration enterprise.

Studied deep water oil and gas drilling activity from 2008 through 2016 in connection with disputes involving supply vessel operations in the Gulf of Mexico.

Investigated vendor practices in the US oil & gas industry in connection with allegations of non-arms-length dealings by management of a publically traded enterprise.

Investigated potential fraudulent transfers by insiders of an off shore oil & gas operation in the fours years prior to its filing for bankruptcy.

Advised owner of a wood-fired alternative power facility in connection with restructuring debt agreements.

Advised the general counsel of a publicly traded company serving the nuclear power industry regarding the adequacy of disclosures regarding disputes with its power utility customers.

### *Financial Services – Banking*

Conducted due diligence for lenders in connection with mezzanine transactions and cash flow lending transactions.

Testified in lender liability disputes analyzing the financial condition of the borrower, industry conditions and other circumstances surrounding credit decisions by lenders.

Evaluated the adequacy of lenders' financial statement disclosures related to sales, divestitures, lending activities, mergers and acquisitions.

Evaluated lender's consumer credit collection practices for compliance with Federal & numerous state laws.

Assisted in internal investigations performed in parallel with investigations conducted by the FDIC, FINRA and state banking regulators.

**Appendix 9**

*Financial Services – Banking (continued)*

Testified regarding customary due diligence responsibilities of sellers and buyers in the banking industry.

Served as a Chapter 7 and Chapter 11 bankruptcy trustee at the recommendation of banks involved as secured creditors.

Testified in class action certification hearings, class action settlement fairness hearings and class action proceedings involving a variety of matters involving commercial, consumer and mortgage banks.

Investigated circumstances surrounding the largest bank failure in US history and allegations of fraudulent activity.

*Financial Services – Insurance*

Valued policyholder benefits for a variety of health, life, disability and other policies in connection with multiple consumer fraud disputes and class actions.

Investigated the underwriting and sales practices of stock and mutual health and life insurance companies.

Investigated allegations of misconduct by the senior management of a publicly traded reinsurance company.

Performed due diligence and valuation services for an international bank seeking to acquire a U.S. property and casualty insurance company.

Investigated allegations of misconduct in connection with the transfer of various reinsurance treaties for a publicly traded reinsurer.

Valued a variety of insurance lines in connection with acquisition due diligence and post-acquisition disputes.

Valued managing general agencies and managing general underwriter agencies in connection with a variety of disputes.

Investigated the insured's knowledge of fraud for an insurance company in connection with a fidelity bond claim made by a failing bank.

Assisted with internal investigations of senior management of a property and casualty reinsurer performed in parallel with multi-year re-examinations conducted by thirty-nine state departments of insurance.

Testified regarding coverage matters in connection with fidelity bond, business interruption and extra expense claims as it pertained to the value of policy benefits.

Reviewed and/or prepared business interruption and extra expense claims for the insured, as well as for the insurer, in connection with property and casualty losses.

Appendix 9

### *Healthcare*

Valued pharmaceutical companies in connection with allegations of breaches of fiduciary duties in connection with post-merger disputes.

Valued acute care, long-term care and mental healthcare providers in connection with post acquisition disputes.

Analyzed FDA systems and processes used to assess the probability of successful drug approvals.

Valued healthcare accounts receivable in connection with numerous disputes between providers and payers regarding preferred provider agreements, managed care contracts and traditional commercial insurance contracts.

Established the fair price of a medical service in a variety of matters for both healthcare providers and third-party administrators.

Conducted analyses to determine whether charges submitted by healthcare providers were reasonable and customary.

Valued life-care plans for persons suffering life-long personal injuries.

Performed multi-year fraud risk assessments for a publically traded healthcare provider following discovery of fraudulent activity by senior management.

Served as Chapter 11 and Chapter 7 bankruptcy trustee for the largest pharmaceutical compounding operation after senior management were accused of fraudulent activity.

Provided testimony regarding the customary and reasonable nature of a healthcare provider's compliance program.

Assessed appropriateness of Medicare and Medicaid charges by healthcare providers in connection with civil and criminal investigations.

Investigated lab, cancer center, outpatient, surgery center, acute-care, long-term care, mental healthcare and other healthcare billing practices for compliance with Medicare, Medicaid and other contractual billing requirements.

### *Construction and Government Contracting*

Testified regarding the value of contract claims/change orders under fixed price, cost-plus and other contracts for commercial, civil, industrial and government contractors.

Performed multi-year fraud risk assessments for a privately-held general contractor that was moving from performing principally negotiated commercial contracts to performing principally government contracts.

Advised BP and provided testimony to the US 5th Circuit in the Deep Water Horizon matter regarding construction accounting and its impact on settlement payments.

Testified regarding billable vs non-billable costs under cost-plus construction contracts.

### *Construction and Government Contracting (continued)*

Investigated allegations of contractor and sub-contractor billing fraud.

Investigated contractor compliance with various wage and hour as well as jobsite safety laws.

Investigated allegations of financial statement misstatements by contractors reporting revenue under the percentage-of-completion method.

Prepared business interruption claims for contractors impacted by hurricanes and other natural disasters.

Served as Chapter 7 bankruptcy trustee for a government contractor performing bridge construction for various state departments of transportation.

Served as Chapter 11 and Chapter 7 bankruptcy trustee for government contractor supplying uniforms to the US Department of Defense and the US Department of Agriculture.

### PROFESSIONAL CERTIFICATIONS

Certified Public Accountant (CPA)

Certified Fraud Examiner (CFE)

Certified in Financial Forensics (CFF)

Chartered Global Management Accountant (CGMA)

Accredited in Business Valuation (ABV)

### PROFESSIONAL & BUSINESS AFFILIATIONS

American Institute of Certified Public Accountants, Forensic & Valuation Services Section

Member, Alabama Society of Certified Public Accountants

Member, Florida Institute of Certified Public Accountants

Member, Louisiana Society of Certified Public Accountants

Member, Association of Certified Fraud Examiners Associate

Member, American Bar Association

Member, Board of Directors and Executive Committee, Steward Machine Co, Inc.

Special Limited Trustee, Middle District of Alabama, United States Bankruptcy Court

Member, Birmingham Monday Morning Quarterback Club

Former National Practice Leader – Coopers & Lybrand's Financial Services Consumer Dispute Resolution Practice

Former Regional Service Line Leader – Coopers & Lybrand's Litigation Consulting Services Southern Region

Former Practice Leader for Dispute Analysis and Investigations – PricewaterhouseCoopers LLP, Birmingham, Alabama

Former Website Editor, Commercial & Business Litigation Subcommittee of the Litigation Section of the American Bar Association

Former Member – Banking and Insurance Industry Groups – PricewaterhouseCooper

Appendix 9

## SPEAKING ENAGEMENTS

Lecture, "Complex Commercial Damages" – 2018 Nashville Bar Association, Nashville, Tennessee

Lecturer, "Damages Topics" – 2016 Bench Bar Conference, New Orleans Chapter, Louisiana State Bar Association Civil Law & Litigation Section, Point Clear, Alabama

Lecturer, "Fraud Prevention Tips and Traps: What Every Auditor and CFO Should Know About Fraud" 2013, Georgia Society of Certified Public Accountants Fraud and Forensic Accounting Conference, Atlanta, Georgia

Lecturer, "Top 10 Things to Know About Fraud" – 2012 Cumberland Law School Continuing Education Seminar & Construction Financial Management Association, Birmingham, Alabama

Lecturer, "Construction Claims" – 2006 Construction Contracting Claims Seminar by Lorman Seminars, Birmingham, Alabama

Lecturer, "Financial Damages" – 2004 Cumberland Law School Continuing Education Seminar, Birmingham, Alabama

Lecturer, "Financial and Business Fraud Schemes" – 2004 Corporate Counsel Seminar, Birmingham, Alabama

Lecturer, "Detecting Fraud Schemes" – Fall Bankruptcy Seminar, 2003 Alabama Bar Continuing Education Series, Birmingham, Alabama

Lecturer, "Accountant's View of Sarbanes Oxley" – 2003 Seminar, Alabama Bar Continuing Education Series, Birmingham, Alabama

Lecturer, "Online Fraud Prevention" – 2002 Institute of Management Accountants, Birmingham, Alabama

Lecture, "Business Valuation Damages" - 2018, Houston Bar Association Security Litigation Section, Houston Texas

Lecturer, "10 Mistakes to Avoid When Cross Examining Experts" – 2014 TN/AL Defense Lawyers Assoc. Annual Meeting, Destin Florida

Lecturer, "High Profile Frauds" – 2010 Cumberland Law School Continuing Education Seminar, Birmingham, Alabama

Lecturer, "Fraud Risk Assessments, Antifraud Programs & Enterprise Risk Management" – 2007 Accounting & Auditing Update by Lorman Seminars, Birmingham, Alabama

Lecturer, "Construction Claims" – 2007 Construction Contracting Claims Seminar by Lorman Seminars,  Birmingham Alabama

Lecturer, "Forensic Computer Investigation" – 2001 Discovery Seminar, Alabama Bar Continuing Education Series, Birmingham, Alabama

Lecturer, "Online Business & Financial Research Methods" – 2001 Federation of Insurance & Corporate Counsel's Internet University, Napa, California

Lecturer, "Identifying and Investigating Fraud" – 2001 Institute of Management Accountants, Birmingham, Alabama

Lecturer, "Online Discovery" – Defense Research Institute's 2001 Annual Meeting of Young Lawyers, Miami, Florida

Lecturer, "Online Expert Witness Research" – 2001 Louisiana State Bar 17th Summer School for Lawyers, Destin, Florida

Appendix 10

# J. Lester Alexander, III
## Testimony in Last Four Years

PRIDE Centric Resources, Inc. v. LaPorte, a Professional Accounting Corporation, et al (United States District Court, Eastern District, Louisiana)

Mount Vernon Pine, LLC, et. al. v. The Hilb Group LLC, et.. al. (Circuit Court, Jefferson County, Alabama)

Linngen, LLC and Alexander Linn v. Benjamin Bayless, Jr. and Alabama Foundation Specialists, Inc. (Circuit Court, Jefferson County, Alabama)

Alabama Induron Coatings, LLC v. Environmental, MD, Inc.et al (Circuit Court, Jefferson County, Alabama)

Alabama One Credit Union v. CUMI Insurance Society, Inc. (United States District Court, Northern District, Alabama)

Southeastern Stud & Components, In, Debtor and J. Lester Alexander, III, Chapter 7 Trustee v. The Mill Steel Company, et al (United States Bankruptcy Court, Middle District, Alabama)

American Brokerage Network, et al v. American International Group, Inc., et. al. (Arbitration, Nashville Tennessee)

P&N Kissimmee, et. al. v. Regions Bank (Circuit Court, Jefferson County, Alabama)

Theodora Rozes v. Lee County Electric Cooperative (Circuit Court, Lee County, Florida)

Royal American Management, Inc., et. al. v. WCA Waste Management Corporation, et al. (United States District Court, Northern District, Florida)

Orleans Parish School Board and Louisiana Recovery School District v. Federal Emergency Management Agency (The United States Civilian Board of Contract Appeals)

Louisiana Pellets , Inc. et al. v. Wessel GMB, et. al. (United States Bankruptcy Court, Western District, Louisiana)

Greenbrier Acquisition, LLC v. MMO Behavioral Health Systems, LLC, et al. (United States District Court, Eastern District, Louisiana)

Overgroup Consulting, LLC, et. al. v. Globalinx Enterprises, Inc., et al. (District Court, Fulton County, Georgia)

Cost Containment Express, LLC v. Horizon Healthcare Services, Inc. (United States District Court, New Jersey)

McElveen et al v. Doug Hill et al (Circuit Court, Jefferson County, Alabama)

Townhouse Restaurant of Oviedo, Inc. et al v. NuCO2, LLC (United States District Court, Southern District, Florida)

H. Kenneth Lefoldt, Jr. as Trustee for the Natchez Regional Medical Center Liquidation Trust v. Donald Renfro, et al. (United States Bankruptcy Court, Southern District, Mississippi)

JohnsonKreis Construction Company, Inc. v CrossPlex Village QALICB, LLC (Arbitration, Birmingham, Alabama)

Superior Energy Services, Inc., Stabil Drill Specialties, L.L.C., and SESI, L.L.C. v. Christopher J. Russo, Martin A. LeBlanc, et. al. (District Court, Harris County, Texas)

William A. Carn, III, as Chapter 7 Trustee of SpecAlloy Corporation, et. al. v. Heesung PM Tech Corporation, et al (United States Bankruptcy Court, Middle District, Alabama)

Cesar T. Fernandez, M.D., et. al. v. Health Management Associates, Inc. et al (Circuit Court, Etowah County, Alabama)

Lajauna Harvey, et. al. v. CRST International, Inc. (Circuit Court, Clarke County, Alabama)

Alabama Space Science Exhibit Commission v. Odysseia Co., LTD (Circuit Court, Madison County, Alabama)

Tucker v. Davis Oil Company, Inc., et. al. (Circuit Court, Etowah County, Alabama)

All South Subcontractors, Inc., et. al. v. Sunbelt Rentals, Inc. (District Court, Middle District, Georgia)

Vision Construction, Inc., et. al. v. Argos Ready Mix, LLC (Arbitration, Pensacola, Florida)

Pro Consulting LLC v. Protective Life Insurance Co., et al. (Arbitration, New York, New York)

Sean Southard, as Plan Administrator of the Amended Chapter 11 Plan for Hebrew Hospital Senior Housing, Inc. v. Mary Francis Barrett, et al. (United States Bankruptcy Court, Southern District, New York)

Austin Dale Morison v. Tristan Lee Guthrie, et. al. (Circuit Court, Jackson County, Alabama)

Lynn Harwell Andrews, Chapter 7 Trustee for Graham Gulf, Inc. v. Graham Holding Company, Inc., et. al. (United States Bankruptcy Court, Southern District, Alabama)

J Lester Alexander, Liquidating Chapter 11 Trustee, Franklin Pharmacy, LLC. V. Timothy Aaron, et. al. (United States District Court, Northern District, Alabama)

McGriff Seibles & Williams, Inc. v. David Young, et.. al., (Circuit Court, Jefferson County, Alabama)

FSI Green Park South Property, LLC v. City of Pelham et al., (United States District Court, Northern District, Alabama)

Goodwill Industries of Middle Tennessee, Inc. v. BC Wood Investment Fund II, LLC d/b/a Beech Lake Shopping Center, Inc. and Beech Lake Commons, LLC, (Circuit Court, Henderson County, Tennessee)

Norcal Ventures, LLC v. LINE-X Franchising, LLC, (Arbitration, Huntsville, Alabama)

Northern Frac Proppants, LLC et al. v. Regions Bank, NA et al., (United States District Court, Middle District, Louisiana)

Securities and Exchange Commission v. James Wallace Nall, III et al., (United States District Court, Southern District, Alabama)

## Information Utilized

| Name | Description | Date |
|---|---|---|
| 069_IPBG Equity Contribution Certificate.pdf | IPBG Equity Contribution Certificate | 2013-12-05 |
| 069_IPBG Equity Contribution Certificate.pdf | IPBG Equity Contribution Certificate dated 12/4/2013 | 2013-12-04 |
| 1.15.pdf | Series 2015A Investor Letters dated 7/20/2015 through 7/22/2015 | 2014-12-31 |
| 100 - 1st Interim Order Authorizing Debtors.pdf | First Interim Order Authorizing Debtors in Possession to Obtain Post petition Financing; Providing Adequate Protection and Granting Liens, Security Interest and Superpriority Claims; Attached Financial Schedule - Facility Preservation Budget | 2016-03-16 |
| 1-1-2017 Payments LA.xlsx | LA Pellets Payments due 1/1/2017 | 2017-01-01 |
| 120114_account statement Dec 14 CoBa.pdf | German Pellets Louisiana Commerzbank Account Statement dated 12/31/14 | 2014-12-31 |
| 120114_payment details (100k as part of 700k).pdf | UC eBanking prime Payment Details for Invoices No. 013231, 140722, 140925, 11903, and 140109 | 2014-01-12 |
| 126_2013B Investor Letters.pdf | Series 2013B and 2013C Investor Letters dated 12/2/2013 and 12/4/2013 | 2014-08-04 |
| 127_2013C Investor Letters.pdf | Series 2013B and 2013C Investor Letters dated 12/2/2013 | 2014-12-02 - 2014-12-04 |
| 180 - Notice of Appearance (Bullseye).pdf | Notice of Appearance and Request for Notice - counsel for Bullseye Masonry, LLC - Daniel Lund III and Aaron J. Hurd | 2016-04-07 |
| 19 - Notice of Appearance (UMB Bank).pdf | Notice of Appearance and Request for Notice - counsel for UMB Bank, N.A. as Bond Trustee - Rudy J. Cerone and Sarah E. Edwards | 2016-02-19 |
| 2013A_76 - Limited Offering Memorandum.pdf | Limited Offering Memorandum - $35,000,000 Louisiana Public Facilities Authority Solid Waste Disposal Facility Revenue Bonds (Louisiana Pellets, Inc. Project) Series 2013A | 2013-03-21 |
| 2013B trades.pdf | Details of trade history for CUSIP 54640TAB5 - Series 2013B, dated 12/4/2013 | 2013-12-04 |
| 2013B.pdf | LA Pellets 2013B Bond Fund Transaction List from 1/3/2017 to 12/13/22 | 2017-01-03 - 2022-12-13 |
| 2013BC_Limited Offering Memorandum.pdf | Limited Offering Memorandum - $140,000,000 Louisiana Public Facilities Authority Solid Waste Disposal Facility Revenue Bonds (Louisiana Pellets, Inc. Project) Series 2013B, 2013C | 2013-11-22 |
| 2013BC_Transcript Table of Contents.pdf | Transcript of Proceedings - $140,000,000 Louisiana Public Facilities Authority Solid Waste Disposal Facility Revenue Bonds (Louisiana Pellets, Inc. Project) Series 2013B, 2013C - Closing Date 12/5/13 | 2013-12-05 |
| 2013C trades.pdf | Details of trade history for CUSIP 54640TAC3 - Series 2013C, dated 12/5/2013 | 2013-12-05 |
| 2014 Financial Statements GPLA - Issued.pdf | German Pellets Louisiana, LLC Financial Statements Year Ended 12/31/2014 | 2014-12-31 |
| 2014 Financial Statements LPI - Issued.pdf | Louisiana Pellets, Inc. Consolidated Financial Statements Year Ended 12/31/2014 | 2014-12-31 |
| 2014A Bond Fund.pdf | LA Pellets 2014A Bond Fund Transaction List from 1/3/2017 to 12/13/22 | 2017-01-03 - 2022-12-13 |
| 2014A_37 Limited Offering Memorandum.pdf | Limited Offering Memorandum - $63,000,000 & $20,000,000 - Louisiana Public Facilities Authority Solid Waste Disposal Facility Revenue Bonds (Louisiana Pellets, Inc. Project) Series 2014A, 2014B | 2014-08-04 |
| 2014A_Table of Contents.pdf | Transcript of Proceedings - $83,000,000 Louisiana Public Facilities Authority Solid Waste Disposal Facility Revenue Bonds (Louisiana Pellets, Inc. Project) Series 2014A, 2014B - Closing Date 8/5/14 | 2015-08-05 |
| 2014A1 trades.pdf | Details of trade history for CUSIP 54640TAD1 - Series 2014A, dated 8/5/2014 | 2014-08-05 |
| 2014A2 trades.pdf | Details of trade history for CUSIP 54640TAE9 - Series 2014A, dated 8/5/2014 | 2014-08-05 |
| 2014B.pdf | Details of trade history for CUSIP 54640TAF6 - Series 2014B, dated 8/5/2014 | 2014-08-05 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| 2015 1 trades.pdf | Details of trade history for CUSIP 54640TAG4 - Series 2015, dated 5/22/2015 | 2015-05-22 |
| 2015 2 trades.pdf | Details of trade history for CUSIP 54640TAH2 - Series 2015, dated 5/22/2015 | 2015-05-22 |
| 2015 Bond Fund.pdf | LA Pellets 2015 Bond Fund Transaction List from 1/3/2017 to 12/13/22 | 2017-01-03 - 2022-12-13 |
| 2015_04_27 check to Wessel (31461055).pdf | UC eBanking Prime Statement Showing Check #31461055 | 2015-04-27 |
| 2015_08_12 check to Wessel (36424585).pdf | UC eBanking Prime Statement Showing Check #36424585 | 2015-08-12 |
| 2015_08_26 check to Wessel (36424587).pdf | UC eBanking Prime Statement Showing Check #36424587 | 2015-08-26 |
| 2015_09_21 check to Wessel (36424586).pdf | UC eBanking Prime Statement Showing Check #36424586 | 2015-09-21 |
| 2015_31 Limited Offering Memorandum.pdf | Limited Offering Memorandum - $102,000,000 Louisiana Public Facilities Authority Solid Waste Disposal Facility Revenue Bonds (Louisiana Pellets, Inc. Project) Series 2015 | 2015-05-20 |
| 2015_Table of Contents.pdf | Transcript of Proceedings - $102,000,000 Louisiana Public Facilities Authority Solid Waste Disposal Facility Revenue Bonds (Louisiana Pellets, Inc. Project) Series 2015 - Closing Date 5/22/15 | 2015-05-22 |
| 2015A trades.pdf | Details of trade history for CUSIP 54640TAJ8 - Series 2015A, dated 7/24/20215 | 2015-07-24 |
| 2015A_(KKR refinnace) - Index.PDF | Index of Closing Documents - Louisiana Public Facilities Authority | 2015-07-24 |
| 2015A_1.10 (LOM).PDF | Louisiana Public Facilities Authority Solid Waste Disposal Facility Revenue Bonds Series 2015A | 2015-07-20 |
| 2017.06.09 - LA Pellets - Distributable Proceeds Analysis_vDistr..xlsx | LA Pellets Distributable Proceeds Analysis and Fund Balance Analysis dated 6/9/17 | 2017-06-09 |
| 2018-02-16 [1] Phelps complaint.PDF | Complaint in Louisiana Pellets, Inc. (Debtors), Craig Jalbert (Liquidating Trustee) v. Phelps, Industries, Inc. | 2018-02-16 |
| 2018-02-16 [1-1] EX A Phelps complaint.PDF | Ex. A to Phelps Complaint: Equity Supply Agreement between Phelps Industries as Supplier and German Pellets Louisiana, LLC as Purchase for Urania, Louisiana Project | 2013-03-15 |
| 2018-02-18 [1] Teal complaint [18-5011].PDF | Louisiana Pellets Inc. v. Teal Sales Incorporated Complaint | 02/16/18 |
| 2018-05-30 [21] Amended Complaint re Phelps.PDF | First Amended and Superseding Complaint in Louisiana Pellets, Inc. (Debtors), Craig Jalbert (Liquidating Trustee) v. Phelps, Industries, Inc. | 2018-05-30 |
| 2018-4-27 LA Pellets Dist Calc.xlsx | LA Pellets Estimated Distributable Proceeds Analysis - Notice Exhibit, dated 4/27/18 | 2018-04-27 |
| 2019-04-08 Response to Phelps Interrogatories.pdf | Trustee's Responses to Defendant's First Set of Interrogatories | 2019-04-08 |
| 2019-04-08 Response to Phelps RFAs.pdf | Trustee's Responses to Defendant's First Set of Requests for Admissions | 2019-04-08 |
| 2019-04-08 Response to Phelps RFPs.pdf | Trustee's Responses to Defendant's First Set of Requests for Production | 2019-04-08 |
| 2019-04-11 Ivy Assignment.pdf | Assignment of Claims, dated 4/11/19, to Liquidating Trust for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC - Assignor Ivy Municipal High Income Fund | 2019-04-11 |
| 2019-04-12 Invesco Assignment.pdf | Assignment of Claims, dated 4/12/19, to Liquidating Trust for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC - Assignor Invesco | 2019-04-12 |
| 2019-04-12 Maquarie Assignment.pdf | Assignment of Claims, dated 4/12/19, to Liquidating Trust for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC - Assignor Macquarie Investment Mgmt. | 2019-04-12 |
| 2019-04-17 Green Square Assignment.pdf | Assignment of Claims, dated 4/17/19, to Liquidating Trust for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC - Assignor Green Square Capital Advisors | 2019-04-17 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| 2019-05-24 Responses to TSI_s Discovery Requests.PDF | Trustee's Responses to Defendants First Set of Interrogatories First Set of Requests for Production and First Set of Requests for Admissions | 05/24/2019 |
| 2019-06-07 KKR Assignment.pdf | Assignment of Claims, dated 6/7/19, to Liquidating Trust for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC - Assignor KKR Credit Advisors (US), LLC | 2019-06-07 |
| 2019-07-23 Declaration of Les Alexander.DOCX | Declaration of Les Alexander dated 7/23/2019 | 2019-07-23 |
| 2019-07-23 Declaration of Les Alexander.pdf | Declaration of Les Alexander dated 7/23/2019 | 2019-07-23 |
| 2021-01-29 2nd Amended & Restated Pet for Damages & Inj Relief  w Signed Order(3582291.2).pdf | 28th Judicial District Court for the Parish of Lasalle Second Amended and Restated Petition for Damages and Injunctive Relief | Jan 29, 2021 |
| 2021-01-29 2nd Amended & Restated Pet for Damages & Inj Relief  w Signed Order.pdf | Second Amended and Restated Petition for Damages and Injunctive Relief | 2021-01-29 |
| 2021-09-17-Answer, Affirmative Defenses and Reconventional Demand - 9.17.2021 (date stamped)(3637631.1).pdf | 28th Judicial District Court for the Parish of Lasalle  Answer and Affirmative Defenses to Reconventional Demand | Sept 17 2021 |
| 2021-09-30 Defendants' Requests for Admission.pdf | Raymond James Defendants' First Requests for Admissions to Plaintiff | Sept 30, 2021 |
| 2021-10-15-Draft Responses to RayJay Req for Admission (1).DOCX | Craig Jalbert vs Peter Leibold, Anna Kathrin Leibold, Michael Leibold, Meranda Hyman, German Pellets Holdings USA Inc, Continentale Sachversicherung AG, Raymond James & Assoc, George Longo and Danyal Sattar Preliminary Statement | Oct 15, 2021 |
| 2022-02-25 Assignment.pdf | Assignment of Claims to Liquidating Trust for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC | 2019-04-11 |
| 2022-02-25 City National Assignment.pdf | Assignment of Claims, dated 4/11/19, to Liquidating Trust for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC - Assignor City National Rochdale Municipal High Income Fund | 2019-04-11 |
| 2022-06-17 Assignment of Claims.pdf | Assignment of Claims, dated 6/10/22, to Liquidating Trust for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC - Assignor Nuveen Asset Management, LLC | 2022-06-10 |
| 2022-10-5 Bond Interest Rates and Asignments tables with CUSIPs.DOCX | Breakdown of Louisiana Pellets Assigning Bondholders and Assigned Bonds | |
| 2022-12-21 Excerpts from Bill Fussell Deposition.pdf | Excerpts from the Deposition of Bill Fussell Volume II taken 12/21/2022 | 2022-12-21 |
| 2023-01-10 Excerpts from William Folland Deposition.pdf | Excerpts from the Deposition of William Folland taken 1/10/2023 | 2023-01-10 |
| 2023-02-01 Excerpts from James Noble Deposition.pdf | Excerpts from the Deposition of James Noble taken 2/1/2023 | 2023-02-01 |
| 210 - (Final Order Authorizing Debtors).pdf | Final Order Authorizing Debtors in Possession to Obtain Postpetition Financing; Providing Adequate Protection and Granting Liens, Security Interest and Superpriority Claims; Credit and Security Agreement | 2016-04-14 |
| 23 -  Ex Parte Motion to Enroll Counsel.pdf | Ex Parte Motion to Enroll Counsel Pro Hac Vice; attached Affidavit of Daniel Bleck | 2016-02-22 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| 236 - Statement of UMB Bank.pdf | Statement of UMB Bank, National Association Concerning Applications of the Official Committee of Unsecured Creditors to Employ Both Jones Walker LLP and Cooley LLP as Counsel | 2016-04-20 |
| 24 - Ex Parte Motion to Enroll Counsel.pdf | Ex Parte Motion to Enroll Counsel Pro Hac Vice; attached Affidavit of Adrienne Walker | 2016-02-22 |
| 2-4-19 - Jalbert - Trosiner - Compressed.pdf | Deposition of Wessel GmbH by Detlef Trosiner taken 2/4/19 (condensed) | 2019-02-04 |
| 2-4-19 - Jalbert - Trosiner.pdf | Deposition of Wessel GmbH by Detlef Trosiner  taken 2/4/19 | 2019-02-04 |
| 2-4-19 - Jalbert - Trosiner.ptx | Deposition of Wessel GmbH by Detlef Trosiner taken 2/4/19 (ptx file) | 2019-02-04 |
| 2-4-19 - Jalbert - Trosiner.txt | Deposition of Wessel GmbH by Detlef Trosiner taken 2/4/19 (txt file) | 2019-02-04 |
| 243 - Application Pursuant to Sections 327 and 328.pdf | Application Pursuant to Sections 327 and 328 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Retain Investment Banker and Consultant | 2016-04-21 |
| 248 - Monthly Operating Report 3-31-16.pdf | Monthly Operating Report for the period from 2/18/2016 to 3/31/2016 | 2016-02-18 - 2016-03-31 |
| 25 - Certificate of Service.pdf | Certificate of Service - Ex Parte Motions to Enroll Counsel served on 2/22/16 | 2016-02-22 |
| 26 - Order admitting counsel.pdf | Order admitting Daniel Bleck as counsel for UMB Bank | 2016-02-22 |
| 263 - Monthly Operating Report 3-31-16 (Amended).pdf | Amended Monthly Operating Report for the period from 2/18/2016 to 3/31/2016 | 2016-02-18 - 2016-03-31 |
| 27 - Order admitting counsel.pdf | Order admitting Adrienne walker as counsel for UMB Bank | 2016-02-22 |
| 272 - Joint Motion by Debtors and UMB Bank.pdf | Joint Motion by the Debtors and UMB Bank to Compel E.ON to Comply with Court Order; to Request an Order from the Court Requiring E.ON to Show Cause Why It Should Not Be Held in Contempt; Sanctioning E.ON in the Amount It Cost the Estate | 2016-05-04 |
| 34 Investor Letters.pdf | Series 2015 Investor Letters dated 5/21/2015 | 2015-07-20 - 2015-07-22 |
| 354 - Declaration of Norman Dittmar.pdf | Declaration of Norman Dittmar In Support of Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for Interim and Final Orders Authorizing Debtors to Enter Into Management Services Agreement | 2016-06-15 |
| 358 - Order Approving Debtor's Motion.pdf | Order Approving Debtor's Motion Pursuant to Sections 105(A) and 363(B) of the Bankruptcy Code Authorizing the Debtors to Enter Into the Management Services Agreement with German Pellets GMBH | 2016-06-16 |
| 365 - Monthly Operating Report 5-31-2016.pdf | Monthly Operating Report for the period from 5/1/2016 to 5/31/2016 | 2016-05-01 - 2016-05-31 |
| 37_Wessel (vendor account details).xlsx | Wessel Vendor Account Details including Amount in doc. curr., clearing date, type, bank account | 2014-02-04 - 2015-12-10 |
| 390 - Monthly Operating Report 6-30-2016.pdf | Monthly Operating Report for the period from 6/1/2016 to 6/30/2016 | 2016-06-01 - 2016-06-30 |
| 4 13 17 Asset Purchase Agreement LP_LaSalle EXECUTION.pdf | Asset Purchase Agrmt among LA Pellets Inc., German Pellets LA, LLC and Lasalle Bioenergy LLC | 2017-04-13 |
| 42 2014A Investor Letters.pdf | Series 2014A and 2014B Investor Letters dated 8/1/2014 and 8/4/2014 | 2015-05-21 |
| 43 2014B Investor Letters.pdf | Series 2014B Investor Letters dated 8/4/2014 | 2022-08-16 - 2023-02-15 |
| 444.pdf | Rule 9019 Motion for Approval of Compromise | 2016-08-23 |
| 444-1.pdf | Exhibit 1 - Settlement and Release Agreement | 2016-08-23 |
| 444-2.pdf | Exhibit 2 - Proposed Order Approving Settlement Under Rule 9019 | 2016-08-23 |

## Information Utilized

| Name | Description | Date |
|------|-------------|------|
| 462 - Motion to Amend Final Order.pdf | Motion to Amend Final Order (1) Authorizing Debtors in Possession to Obtain Postpetition Financing; (2) Providing Adequate Protection; and (3) Granting Liens, Security Interests and Superpriority Liens and Notice of Amended Budget | 2016-09-14 |
| 47 IPBG Equity Contribution Certificate.pdf | IPBG Equity Contribution Certificate | 2015-05-22 |
| 488 - Response of Bond Trustee.pdf | Response of Bond Trustee to Official Committee of Unsecured Creditors' Objection to Debtors' Motion to Amend Final DIP Financing Order; Attached financial schedule - Revised DIP Budget - Working Capital Analysis | 2016-09-20 |
| 497 -  Amendment to Final Order.pdf | Amendment to Final Order (1) Authorizing Debtors in Possession to Obtain Postpetition Financing; (2) Providing Adequate Protection; and (3) Granting Liens, Security Interests and Superpriority Claims | 2016-09-23 |
| 502 - Monthly Operating Report 8-31-2016.pdf | Monthly Operating Report for the period from 8/1/2016 to 8/31/2016 | 2016-08-01 - 2016-08-31 |
| 523 - Monthly Operating Report 9-30-2016.pdf | Monthly Operating Report for the period from 9/1/2016 to 9/30/2016 | 2016-09-01 - 2016-09-30 |
| 549 - Monthly Operating Report 10-31-2016.pdf | Monthly Operating Report for the period from 10/1/2016 to 10/31/2016 | 2016-10-01 - 2016-10-31 |
| 5591040_Exhibit_1_NormanDittmar.pdf | Notice of Deposition of Norman Dittmar, dated 11/14/22 | 2022-11-14 |
| 5591040_Exhibit_10_NormanDittmar.pdf | Series of emails between Clayman, Becker, Leibold, Longo, and other recipients re: German Pellets | 2015-11-25 |
| 5591040_Exhibit_11_NormanDittmar.pdf | Series of emails between Sattar, Longo and other recipients re: LPI July replacement | 2015-09-30 |
| 5591040_Exhibit_12_NormanDittmar.pdf | Emails between Dittmar, Longo, Sattar and Nydegger re: DSCR Draft LPI | 2015-09-22 |
| 5591040_Exhibit_13_NormanDittmar.pdf | Email from Becker to Dittmar with attachment of LPI Equity Payment 12 2013 spreadsheet | 2014-07-11 |
| 5591040_Exhibit_14_NormanDittmar.pdf | Spreadsheet related to bonds listing year, account no., assignment, document no., date, and amount | 2012-12-31 - 2014-07-31 |
| 5591040_Exhibit_15_NormanDittmar.pdf | Emails between Sattar, Dittmar, Longo and other recipients re: LLO Master Index Fragen | 2015-10-28 |
| 5591040_Exhibit_18_NormanDittmar.pdf | Emails between Sprouse, Roberts and Dittmar re: LPI - AR | 2015-04-15 |
| 5591040_Exhibit_19_NormanDittmar.pdf | Letter to Wells Fargo and Raymond James re: LPFA Solid Waste Disposal Facility Revenue Bonds Series 2013B and Taxable Series 2013C; attached spreadsheet showing LPI equity contribution dated 12/4/2013 | 2013-12-05 |
| 5591040_Exhibit_2_NormanDittmar.pdf | Limited Offering Memorandum between LPFA and Louisiana Pellets - Series 2013B and Series 2013C Bonds dated 11/22/2013 | 2013-11-22 |
| 5591040_Exhibit_20_NormanDittmar.pdf | Invoice from Wells Fargo to Louisiana Pellets for $4,318,287.67 dated 8/16/13 | 2013-08-16 |
| 5591040_Exhibit_21_NormanDittmar.pdf | UniCredit transaction statement dated 3/6/2015 | 2015-03-06 |
| 5591040_Exhibit_22_NormanDittmar.pdf | UniCredit transaction statement dated 3/6/2015 | 2015-03-06 |
| 5591040_Exhibit_23_NormanDittmar.pdf | Emails between Jones, Sattar, Longo and other recipients re: LPI Debt Service Wire 9-3-2013 | 2013-09-03 |
| 5591040_Exhibit_24_NormanDittmar.pdf | UniCredit transaction statement dated 3/6/2015 | 2015-03-06 |
| 5591040_Exhibit_25_NormanDittmar.pdf | Memo from Sattar to Internal Closing Coordinator re: Closing Information in Connection with LPFA Revenue Bonds Series 2013A $35,000,000 | 2013-03-20 |
| 5591040_Exhibit_26_NormanDittmar.pdf | Emails between Neter, Longo, Sattar and other recipients re: GP - Equity contribution | 2014-07-22 |
| 5591040_Exhibit_27_NormanDittmar.pdf | Letter to Raymond James re: LPFA Revenue Bonds Series 2015 | 2015-05-22 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| 5591040_Exhibit_28_NormanDittmar.pdf | Email from Sandomirsky to Kaliebe re: Retainer Invoice / LA Pellets Phase IIB; attached retainer invoice from Mintz Levin to IPBG Pellets for $100,000 | 2015-04-27 |
| 5591040_Exhibit_29_NormanDittmar.pdf | LPFA Series 2013A Revenue Bonds Account Statement for May 2015 | 2015-05-31 |
| 5591040_Exhibit_3_NormanDittmar.pdf | Limited Offering Memorandum between LPFA and Louisiana Pellets - Series 2015 Bonds, dated 5/20/2015 | 2015-05-20 |
| 5591040_Exhibit_30_NormanDittmar.pdf | UniCredit transaction statement dated 7/24/2015 | 2015-07-24 |
| 5591040_Exhibit_31_NormanDittmar.pdf | Email from Dittmar to various recipients re: Louisiana Project Status v1 with attached LPI Cash Deficiency v1 PDF | 2016-01-28 |
| 5591040_Exhibit_32_NormanDittmar.pdf | Email from Turnbull to various recipients re: GPLA Call - Tuesday August 9 2 pm ET | 2016-08-09 |
| 5591040_Exhibit_33_NormanDittmar.pdf | Email from Turnbull to various recipients re: GPLA Call - Tuesday August 16 10 AM CT | 2016-08-16 |
| 5591040_Exhibit_34_NormanDittmar.pdf | Email from Turnbull to various recipients re: GPLA Call - Tuesday August 23 10 AM CT | 2016-08-23 |
| 5591040_Exhibit_35_NormanDittmar.pdf | Email from Turnbull to various recipients re: GPLA Call - Tuesday August 30 | 2016-08-30 |
| 5591040_Exhibit_36_NormanDittmar.pdf | Emails between Dittmar and other recipients re: LA Intercompany Transactions; attached spreadsheet of GPLA Intercompany Transactions | 2016-07-14 |
| 5591040_Exhibit_37_NormanDittmar.pdf | Letter from Locke Lord to White & Case Insolvency with attached document | 2016-09-01 |
| 5591040_Exhibit_38_NormanDittmar.pdf | Email from Roberts to Dittmar re: GPLA POC | 2015-04-19 |
| 5591040_Exhibit_39_NormanDittmar.pdf | Emails between Roberts and Dittmar re: Louisiana Updated Drafts | 2015-06-15 |
| 5591040_Exhibit_4_NormanDittmar.pdf | Amended and Restated Turnkey Engineering, Procurement and Construction Contract for a Pellet Production Facility, by and between German Pellets Louisiana, LLC and Louisiana Pellets, Inc. dated 12/5/2013 | 2013-12-05 |
| 5591040_Exhibit_40_NormanDittmar.pdf | Emails between Roberts and Dittmar re: Debt Financial Covenants | 2015-04-20 |
| 5591040_Exhibit_41_NormanDittmar.pdf | Emails between Roberts and Dittmar re: Audit LA | 2015-05-22 |
| 5591040_Exhibit_42_NormanDittmar.pdf | Louisiana Pellets, Inc. Consolidated Financial Statements for the Year Ended December 31, 2014 | 2014-12-31 |
| 5591040_Exhibit_43_NormanDittmar.pdf | Emails between Roberts, Dittmar, and Hughes re: Recent Financials with attachments of Q3 Financials TPI_GPTX (consolidated) 2015 PDF and LPI consolidated financials Q3 2015 PDF | 2015-12-09 |
| 5591040_Exhibit_44_NormanDittmar.pdf | Deposition of Norman Dittmar taken February 8, 2016 | 2016-02-08 |
| 5591040_Exhibit_47_NormanDittmar.pdf | German Pellets Louisiana, LLC Financial Statements for the Year Ended December 31, 2014 | 2014-12-31 |
| 5591040_Exhibit_48_NormanDittmar.pdf | Representation letter sent to Whitley Penn for GPLA's 2014 financial statement audit | 2015-06-15 |
| 5591040_Exhibit_49_NormanDittmar.pdf | Representation letter sent to Whitley Penn for Louisiana Pellets 2014 financial statement audit | 2015-06-15 |
| 5591040_Exhibit_5_NormanDittmar.pdf | Emails from Benjamin Neter and Frank Ledermuller re: LPI Investors Call; Summary Paper Investor Call - Pellets production facility, dated 2/3/16 | 2016-02-03 |
| 5591040_Exhibit_50_NormanDittmar.pdf | Kreisverkehr Louisiana Flow Chart | |
| 5591040_Exhibit_51_NormanDittmar.pdf | Louisiana Pellets CommerzBank statement dated 6/30/2015 | 2015-06-30 |
| 5591040_Exhibit_52_NormanDittmar.pdf | German Pellets Louisiana CommerzBank statement dated 6/30/2015 | 2015-06-30 |
| 5591040_Exhibit_53_NormanDittmar.pdf | Louisiana Pellets, Inc. TB 2013-2014 | 2013-2014 |
| 5591040_Exhibit_54_NormanDittmar.pdf | Louisiana Pellets LPI Prior Year AJE Tracking dated 12/31/2013 | 2013-12-31 |
| 5591040_Exhibit_55_NormanDittmar.pdf | Louisiana Pellets Inc. Preliminary Analytics - Balance Sheet dated 11/30/2014 and 12/31/2013 | 2013-12-31 - 2014-11-30 |

## Information Utilized

| Name | Description | Date |
|------|-------------|------|
| 5591040_Exhibit_56_NormanDittmar.pdf | Louisiana Pellets 2014 Audit Workpaper - Equity Lead | 2014-12-31 |
| 5591040_Exhibit_6_NormanDittmar.pdf | Letter dated 2/11/16 from Luminate to Wells Fargo and Raymond James re: LA Pellets Phases I, IIA, and IIB Construction Monitoring Report | 2016-02-11 |
| 5591040_Exhibit_7_NormanDittmar.pdf | Second Amended and Restated Petition for Damages and Injunctive Relief | 2021-01-29 |
| 5591040_Exhibit_8_NormanDittmar.pdf | Email from Brainloop Dataroom System to Norman Dittmar with attached report on LPI Project | 2016-03-07 |
| 5591040_Exhibit_9_NormanDittmar.pdf | Series of emails between Neter, Katzbichler, Longo, Sattar and other recipients re: GP Reporting | 2015-05-14 |
| 5591040-2_Cond_COND [Dittmar Transcript].PDF | Deposition of Norman Dittmar taken 11/29/22 | 2022-11-29 |
| 5635949_Exhibit_206_BillFussellCorpRepRaymond James.pdf | Memo from Sattar to Internal Closing Coordinator re: Closing Information in Connection with LPFA Revenue Bonds Series 2013A $35,000,000 | 2013-03-20 |
| 5635949_Exhibit_207_BillFussellCorpRepRaymond James.pdf | Memo from Sattar to Internal Closing Coordinator re: Closing Information in Connection with LPFA Revenue Bonds Series 2013B, Taxable Series 2013C $140,000,000 | 2013-12-05 |
| 5635949_Exhibit_208_BillFussellCorpRepRaymond James.pdf | Cross Receipt for LPFA Revenue Bonds Series 2014 consisting of $63,000,000 Solid Waste Disposal Facility Series 2014A and $20,000,000 Taxable Solid Waste Disposal Facility Series 2014B | 2014-08-05 |
| 5635949_Exhibit_209_BillFussellCorpRepRaymond James.pdf | Memo from Sattar to Sandra Jones, Wells Fargo re: Closing Information in Connection with LPFA Revenue Bonds Series 2015 $102,000,000 | 2015-05-22 |
| 5635949_Exhibit_210_BillFussellCorpRepRaymond James.pdf | Memo from Serra to Sandra Jones, Wells Fargo re: Closing Information in Connection with LPFA Revenue Bonds Series 2015A $35,800,000 | 2015-07-24 |
| 574 - Monthly Operating Report 11-30-2016.pdf | Monthly Operating Report for the period from 11/1/2016 to 11/30/2016 | 2016-11-01 - 2016-11-30 |
| 577 - Monthly Operating Report 12-31-2016.pdf | Monthly Operating Report for the period from 12/1/2016 to 12/31/2016 | 2016-12-01 - 2016-12-31 |
| 579 - Motion for Entry of Second Amendment to Final Order.pdf | Motion for Entry of Second Amendment to Final Order (1) Authorizing Debtors in Possession to Obtain Postpetition Financing; (2) Providing Adequate Protection; and (3) Granting Liens, Security Interests and Superpriority Claims | 2017-01-25 |
| 59 - Notice of Appearance.pdf | Notice of Appearance of Counsel and Request for Service of Papers - Daniel Bleck / Adrienne Walker, counsel for UMB Bank | 2016-03-01 |
| 595 - Second Amendment to Final Order.pdf | Second Amendment to Final Order (1) Authorizing Debtors in Possession to Obtain Postpetition Financing; (2) Providing Adequate Protection; and (3) Granting Liens, Security Interests and Superpriority Claims | 2017-02-08 |
| 64 Second Amended and Superseding Complaint.pdf | Vecoplan Amended Complaint | |
| 643 - Notice of Change of Location.pdf | Notice of Change of Location for Auction | 2017-03-23 |
| 647 - Monthly Operating Report 2-28-2017.pdf | Monthly Operating Report for the period from 2/1/2017 to 2/28/2017 | 2017-02-01 - 2017-02-28 |
| 652 - Motion for Entry of Third Amendment to Final Order.pdf | Motion for Entry of Third Amendment to Final Order (1) Authorizing Debtors in Possession to Obtain Postpetition Financing; (2) Providing Adequate Protection; and (3) Granting Liens, Security Interests and Superpriority Claims | 2017-03-31 |
| 654 - Notice of Auction.pdf | Notice of Auction | 2017-02-08 |
| 655 - Notice of Stalking Horse Bid.pdf | Notice of Stalking Horse Bid | 2017-02-08 |

## Information Utilized

| Name | Description | Date |
|------|-------------|------|
| 656 - Notice of Winning Bid.pdf | Notice of Winning Bid and Back-Up Bid; attached Asset Purchase Agreement among Louisiana Pellets, Inc., German Pellets Louisiana, LLC and LaSalle BioEnergy LLC dated April 2017 | 2017-02-08 |
| 657 - Notice of Proposed Sale Order.pdf | Notice of Proposed Sale Order | 2017-02-08 |
| 659 - Exhibit List.pdf | Exhibit List | 2018-04-04 |
| 659-1 - Expedited Motion for Entry of Orders.pdf | Expedited Motion for Entry of Orders (1) Approving Bidding Procedures and Potentially Awarding Certain Protections and (II) Authorizing (A) The Sale of Substantially all of the Debtors' Assets and (B) Assumption and Assignment | 2017-01-18 |
| 659-10 - Order Granting Debtors' Motion.pdf | Order Granting the Debtors' Motion for Entry of an Order Authorizing (A) The Sale of Substantially all of the Debtors' Assets and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases | |
| 659-11 - Asset Purchase Agreement.pdf | Asset Purchase Agreement among Louisiana Pellets, Inc., German Pellets Louisiana, LLC and LaSalle BioEnergy LLC dated April 2, 2017 | 2017-04-02 |
| 659-15 - LaSalle APA Schedules.pdf | LaSalle APA Schedules | 2017-04-02 |
| 659-16 - Asset Purchase Agreement (KBG Acquisition).pdf | Asset Purchase Agreement dated March 2017 among Louisiana Pellets, Inc., German Pellets Louisiana, LLC and KBG Acquisition, LLC | 2017-03 |
| 659-18 - Escrow Agreement.pdf | Escrow Agreement dated 3/27/2017 among Louisiana Pellets, Inc., German Pellets Louisiana, LLC, KBG Acquisition, LLC and Regions Bank | 2017-03-27 |
| 659-20 - Notice of Auction.pdf | Notice of Auction | 2017-03-31 |
| 659-21- Notice of Stalking Horse Bid.pdf | Notice of Stalking Horse Bid | 2017-03-31 |
| 659-22 - Notice of Winning Bid.pdf | Notice of Winning Bid and Back-Up Bid | 2017-03-31 |
| 659-25 - Complaint.pdf | Complaint in German Pellets Louisiana, LLC, Debtors, Louisiana Pellets, Inc., and German Pellets v. Bullseye Masonry, et al. | 2017-02-24 |
| 659-26 - Auction Transcript.pdf | Transcript of Bankruptcy Auction dated 3/30/2017 | 2017-03-30 |
| 659-4 - Order Approving Bidding Procedures and Auction.pdf | Order Approving Bidding Procedures and Auction and Sale Notice and Granting Related Relief | 2017-02-08 |
| 659-5 - Notice of Rescheduled Auction Date.pdf | Notice of Rescheduled Auction Date and Extension of Relevant Deadline | 2017-02-28 |
| 659-6 - Notice of Adjournment of Auction Date.pdf | Notice of Adjournment of Auction Date and Extension of Relevant Deadline | 2017-03-08 |
| 659-7 - Notice of New Auction Date.pdf | Notice of New Auction Date and New Location and Rescheduled Sale Hearing Date and Extension of Relevant Deadlines | 2017-03-20 |
| 659-8 - Notice of Change of Location for Auction.pdf | Notice of Change of Location for Auction | 2017-03-23 |
| 659-9 - Certificate of Service.pdf | Certificate of Service of Auction and Sale Notice | 2017-03-29 |
| 661 - Order Granting the Debtors Motion for Entry.pdf | Order Granting the Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets, and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases | 2017-04-11 |
| 668 - First and Final Application for Compensation.pdf | First and Final Application for Compensation and Reimbursement of Expenses of the Debtors' Investment Banker and Consultant; attached schedules showing the reimbursable expenses | 2017-04-19 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| 672 - Third Amendment to Final Order.pdf | Third Amendment to Final Order (1) Authorizing Debtors in Possession to Obtain Postpetition Financing; (2) Providing Adequate Protection; and (3) Granting Liens, Security Interests and Superpriority Claims | 2017-04-27 |
| 680 - Monthly Operating Report 3-31-2017.pdf | Monthly Operating Report for the period from 3/1/2017 to 3/31/2017 | 2017-03-01 - 2017-03-31 |
| 714 Civil liability from sales of securities.docx | LA Law Section 714 - Civil Liability from Sales of Securities | |
| 718 - Monthly Operating Report 5-31-2017.pdf | Monthly Operating Report for the period from 5/1/2017 to 5/31/2017 | 2017-05-01 - 2017-05-31 |
| 722 - Monthly Operating Report 4-30-2017.pdf | Monthly Operating Report for the period from 4/1/2017 to 4/30/2017 | 2017-04-01 - 2017-04-30 |
| 74 - Debtors Emergency Motion for Interim and Final Orders.pdf | Debtors' Emergency Motion for Interim and Final Orders (1) Authorizing Debtors in Possession to Obtain Postpetition Financing; (2) Providing Adequate Protection; and (3) Granting Liens, Security Interests and Superpriority Claims; attached budgets | 2016-03-15 |
| 789 - Monthly Operating Report 6-30-2017.pdf | Monthly Operating Report for the period from 6/1/2017 to 6/30/2017 | 2017-06-01 - 2017-06-30 |
| 790 - Monthly Operating Report 7-31-2017.pdf | Monthly Operating Report for the period from 7/1/2017 to 7/31/2017 | 2017-07-01 - 2017-07-31 |
| 791 - Monthly Operating Report 8-31-2017.pdf | Monthly Operating Report for the period from 8-1-2017 to 8-31-2017 | 2017-08-01 - 2017-08-31 |
| 792 - Monthly Operating Report 9-30-2017.pdf | Monthly Operating Report for the period from 9/1/2017 to 9/30/2017 | 2017-09-01 - 2017-09-30 |
| 803 FT Complaint Against Wessel.pdf | Complaint filed by Craig Jalbert/LA Pellets and German Pellets against Wessel GmbH Fordertechnik und Pelletierenlagen | 2018-02-16 |
| 81 - Order Granting Expedited Consideration.pdf | Order Granting Expedited Consideration of Emergency Motions | 2016-03-15 |
| 811 - Monthly Operating Report 12-31-2017.pdf | Monthly Operating Report for the period from 10/1/2017 to 12/31/2017 | 2017-10-01 - 2017-12-31 |
| 820 - Monthly Operating Report 3-31-2018.pdf | Monthly Operating Report for the period from 1/1/2018 to 3/31/2018 | 2018-01-01 - 2018-03-31 |
| 88 - Application of Debtors Pursuant to Section 363(B).pdf | Application of Debtors Pursuant to Section 363(B) of the Bankruptcy Code to Employ and Retain Chip Cummins as Chief Restructuring Officer and the Firm of RPA Advisors | 2016-03-15 |
| 97 - IPBG Equity Contribution Certificate.pdf | IPBG Equity Contribution Certificate | 2013-03-21 |
| A 8 a German Pellets Documentation Memo - All Companies.pdf | A8a - Audit Documentation Memo re: Planning, Control Testing and Permanent File | 2014-12-31 |
| A Finalization Memo - GP Planning.pdf | Finalization Memorandum from Whitley Penn on German Pellets Planning and Controls 2014 Audit | 2015-10-12 |
| A Finalization Memo - LA.pdf | Finalization Memorandum from Whitley Penn re: Louisiana Pellets 2014 Audit | 2015-10-12 |
| A Finalization Memo.pdf | Finalization Memorandum dated 10/12/15 for German Pellets Louisiana LLC 2014 Audit | 2015-10-12 |
| A Supervision Review and Approval Form - LA.pdf | A - Supervision, Review and Approval Form for Louisiana Pellets Audit | 2014-12-31 |
| A Supervision Review and Approval Form.pdf | ASB-CX-14: Supervision, Review and Approval Form for Balance Sheet dated 12/31/2014 | 2014-12-31 |
| A1 Financial Statements 2014 - LA.pdf | A1 - Louisiana Pellets, Inc. Consolidated Balance Sheet dated 12/31/2014 | 2014-12-31 |
| A1 Financial Statements.pdf | GPLA Balance Sheet dated 12/31/2014 | 2014-12-31 |
| A1 Footnotes 2014 - LA.pdf | A1 - Louisiana Pellets, Inc. Consolidated Financial Statements dated 12/31/2014 with footnotes | 2014-12-31 |
| A1 Footnotes.pdf | GPLA 2014 Financial Statements with notes | 2014-12-31 |
| A1 Report - Issued - LA.pdf | A1 - Louisiana Pellets, Inc. Consolidated Financial Statements dated 12/31/2014, Issued | 2014-12-31 |
| A1 Report - Issued.pdf | GPLA 2014 Financial Statements | 2014-12-31 |

## Information Utilized

| Name | Description | Date |
|------|-------------|------|
| A1.2a Disclosure Checklist Topics (from SMART) - LA.pdf | A1.2a - Disclosure Topics - Louisiana Pellets, Inc. | |
| A1.2a Disclosure Checklist Topics (from SMART).pdf | A1.2a - Disclosure Topics | |
| A1.2b Disclosure Checklist (from SMART) - LA.pdf | A1.2b - Disclosure Requirements for Financial Statements of Nonpublic Companies Updated through January 31, 2014 for Louisiana Pellets Audit | 2015-04-28 |
| A1.2b Disclosure Checklist (from SMART).pdf | A1.2b - ASB-CX-13: Disclosure Requirements for Financial Statements of Nonpublic Companies Updated through January 31, 2014 for Balance Sheet dated 12/31/14 | 2014-12-31 |
| A1.3 Communication with those Charged with Governance2014 - LA.pdf | A1.3 - Communication of significant audit findings to Board of Directors and Management of Louisiana Pellets, Inc. dated 6/15/15 | 2015-06-15 |
| A1.3 Communication with those Charged with Governance2014.pdf | A1.3 - Letter to the Board of Directors and Management of GPLA regarding significant audit findings of the 2014 audit - draft | 2015-06-15 |
| A1.3 SAS 114 - Issued  - LA.pdf | A1.3 - Communication of significant audit findings to Board of Directors and Management of Louisiana Pellets, Inc. issued 6/15/15 | 2015-06-15 |
| A1.3 SAS 114 - Issued.pdf | A1.3 - Letter from Whitley Penn to the Board of Directors and Management of GPLA regarding significant audit findings of the 2014 audit - official letter issued | 2015-06-15 |
| A1.3a SAS 114 Attachment - A  - LA.pdf | A1.3a - Attachment to audit memo - Adjustments recorded by Management 2013 and 2014, and Audit Difference Evaluation Form - Louisiana Pellets Audit | 2014-12-31 |
| A1.3a SAS 114 Attachment - A.pdf | A1.3a - Attachment to the 2014 audit findings letter | 2015-06-15 |
| A1.4 SAS 115 - Issued  - LA.pdf | A1.4 - Communication of Evaluation of Transactions in Accordance with GAAP to Board of Directors and Management of Louisiana Pellets, Inc. issued 6/15/15 | 2015-06-15 |
| A1.4 SAS 115 - Issued.pdf | A1.4 - Letter from Whitley Penn to the Board of Directors and Management of GPLA re: internal control findings from 2014 audit - issued | 2015-06-15 |
| A1.4 SAS 115 Letter - LA.pdf | A1.4 - Communication of Evaluation of Transactions in Accordance with GAAP to Board of Directors and Management of Louisiana Pellets, Inc. draft dated 6/15/15 | 2015-06-15 |
| A1.4 SAS 115 Letter.pdf | A1.4 - Letter from Whitley Penn to the Board of Directors and Management of GPLA re: internal control findings from 2014 audit - draft | 2015-06-15 |
| A10.1 GPLA Working Trial Balance '14  - LA.pdf | A10.1 - German Pellets Louisiana Working Trial Balance - Louisiana Pellets Audit | 2014-12-31 |
| A10.2 Consolidating schedule  - LA.pdf | A10.2 - GPLA Balance Sheet, Statement of Operation and Member's Equity dated 12/31/2014 - Louisiana Pellets Audit | 2014-12-31 |
| A10.3 Consolidation Memo  - LA.pdf | A10.3 - Memo from Whitley Penn to Louisiana Pellets, Inc. re: Consolidation Memo dated 4/20/2015 - Louisiana Pellets Audit | 2015-04-20 |
| A2 SRM  - LA.pdf | A2 - Louisiana Pellets, Inc. Summary Review Memorandum Year Ended December 31, 2014 | 2014-12-31 |
| A2 SRM.pdf | A2 - GPLA Summary Review Memorandum for the Year Ended 12/31/14 | 2014-12-31 |
| A2.1 Balance Sheet Analytics  - LA.pdf | A2.1 - Louisiana Pellets, Inc. Balance Sheet Analytics | 2014-12-31 |
| A2.1 Balance Sheet Analytics.pdf | A2.1 - GPLA 2014 Balance Sheet Analytics | 2014-12-30 |
| A2.1a Income Statement Analytics  - LA.pdf | A2.1a - Louisiana Pellets, Inc. Income Statement Analytics for Current Year End (12/31/2014) and Prior Year End (12/31/2013) | 2014-12-31 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| A2.1a Income Statement Analytics.pdf | A2.1a - GPLA 2014 Income Statement Analytics | 2014-12-31 |
| A2.2 General Auditing and Completion Procedures AP-2 - SMART - LA.pdf | A2.2 - Audit Program for General Auditing and Completion Procedures for Louisiana Pellets Audit | 2014-12-31 |
| A2.2 General Auditing and Completion Procedures AP-2 - SMART.pdf | A2.2 - Audit Program for General Auditing and Completion Procedures for 2014 balance sheet | 2014-12-31 |
| A2.3 Deficiency Evaluation Tool 2014 - LA.pdf | A2.3 - Deficiency Evaluation Tool 2014 - Louisiana Pellets Audit | 2014-12-31 |
| A2.3 Deficiency Evaluation Tool.pdf | A2.3 - Deficiency Evaluation Tool | 2014-12-31 |
| A3 Louisiana Pellets Tie Out Copy  - LA.pdf | A3 - Louisiana Pellets, Inc. Consolidated Financial Statements for the Year Ended 12/31/2014, tie out copy | 2014-12-31 |
| A3 Tie out copy.pdf | A3 - GPLA Financial Statements for the Year Ended 12/31/14, tie out copy | 2014-12-31 |
| A3.1 Cash Flow Worksheet  - LA.pdf | A3.1 - Louisiana Pellets Inc. Cash Flows Worksheet | 2014-12-31 |
| A3.1 Cash Flow Worksheet.pdf | A3.1 - Cash Flow Worksheet dated 12/31/14 | 2014-12-31 |
| A4 Trial Balance Database - LA.pdf | A4 - Louisiana Pellets Inc. Trial Balance Database | 2014-12-31 |
| A4 Trial Balance Database.pdf | A4 - Trial Balance Database | 2014-12-31 |
| A4.1 Working Trial Balance  - LA.pdf | A4.1 - Louisiana Pellets, Inc. Working Trial Balance | 2014-12-31 |
| A4.1 Working Trial Balance.pdf | A4.1 - Working Trial Balance dated 12/31/14 | 2014-12-31 |
| A4.2 Client Prepared Trial Balance.pdf | A4.2 - Client Prepared Trial Balance | 2014 |
| A4.2a Client Prepared Trial Balance  - LA.pdf | A4.2a - Louisiana Pellets, Inc. Client Prepared Trial Balance | 2014-12-31 |
| A5 a GPLA Adjusting Journal Entries Report - LA.pdf | A5a - German Pellets Louisiana Adjusting Journal Entries Report | 2014-12-31 |
| A5 Adjusting Journal Entries Report.pdf | A5 - Adjusting Journal Entries Report | 2014-12-31 |
| A5 LPI Adjusting Journal Entries Report - LA.pdf | A5 - Louisiana Pellets Inc. LPI Adjusting Journal Entries Report | 2014-12-31 |
| A5.1 Proposed JE Report.pdf | A5 - Proposed JE Report | 2014-12-31 |
| A5.1a GPLA Proposed JE Report  - LA.pdf | A5.1a - German Pellets Louisiana LLC Trial Balance Database | 2014-12-31 |
| A5.2 Proposed Audit Difference Analysis 2014 - LA.pdf | A5.2 - Audit Difference Evaluation Form for Louisiana Pellets Audit | 2014-12-31 |
| A5.2 Proposed Audit Difference Analysis 2014.pdf | A5.2 - ASB-CX-12.2: Audit Difference Evaluation Form | |
| A5.3 Prior YEar AJE Tracking.pdf | A5.3 - Prior Year AJE Tracking | 2013-12-31 |
| A5.3a GPLA Prior Year AJE Tracking  - LA.pdf | A5.3a - GPLA Prior Year AJE Tracking - Louisiana Pellets Audit | 2013-12-31 |
| A5.3b LPI Prior Year AJE Tracking - LA.pdf | A5.3b - Louisiana Pellets Prior Year AJE Tracking | 2013-12-31 |
| A6.2 Related Party Transaction Memo.pdf | A6.2 - Whitley Penn Memo on Related Party Transactions | |
| A6.2 Related Party Transaction Memos  - LA.pdf | A6.2 - Memo from Whitley Penn  re: Related Party Transactions - Louisiana Pellets Audit | 2014 |
| A7.1 Management Representation Letter- LPI - LA.pdf | A7.1 - Management Representation Letter sent to Whitley Penn LLP, dated 6/15/15 - Louisiana Pellets Audit | 2015-06-15 |
| A7.1a Management Representation Letter-GPLA.pdf | A7.1a - Representation letter to Whitley Penn re: 2014 GPLA Audit | 2015-06-15 |
| A7.1b Rep Letter Attachment-GPLA.pdf | A7.1b - Attachment to letter including adjustments and audit evaluation form | 2015-06-15 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| A7.1b Rep Letter Attachment-LPI - LA.pdf | A7.1b - Attachment to Management Representation Letter - adjustments and audit difference evaluation form - Louisiana Pellets Audit | |
| A7.1c Signed Management Rep Letter - LA.pdf | A7.1c - Management Representation Letter sent to Whitley Penn LLP, dated 6/15/15, signed - Louisiana Pellets Audit | 2016-06-15 |
| A7.1c Signed Management Rep Letter.pdf | A7.1c - Signed representation letter to Whitley Penn re: 2014 GPLA Audit | 2015-06-15 |
| A7.2a Legal Vouching Memo - LA.pdf | A7.2a - Whitley Penn Memo to Louisiana Pellets Inc. Audit Files re: Legal Vouching Memo | 2015-04-09 |
| A7.2a Legal Vouching Memo.pdf | A7.2a - Memorandum from Whitley Penn Audit Engagement Team to GPLA Audit File re: Legal Vouching Memo | 2015-04-08 |
| A7.3 Board of Director Minutes - LA.pdf | A7.3 - Whitley Penn memo to Louisiana Pellets Inc. Audit Engagement Binder re: Board Minutes | 2015-04-08 |
| A7.3 Board of Director Minutes.pdf | A7.3 - Memorandum from Whitley Penn to GPLA Audit Engagement Binder re: Board Minutes | 2015-04-08 |
| A8 Audit Strategy Memo.pdf | A8 - Audit Strategy Memorandum Year Ended December 31, 2014 | 2014-12-31 |
| A8.1a German Pellets Louisiana LLC Engagement Letter.pdf | A8.1a - Letter from Whitley Penn to Kai Becker at GPLA re: Audit Engagement Letter | 2014-09-30 |
| A8.1a Louisiana Pellets Inc Engagement Letter - LA.pdf | A8.1a - Whitley Penn Engagement Letter to Louisiana Pellets re: 2014 Louisiana Pellets Audit | 2014-09-30 |
| A8.1b Signed Engagement Letter - LA.pdf | A8.1b - Whitley Penn Engagement Letter to Louisiana Pellets re: 2014 Louisiana Pellets Audit, signed | 2014-09-30 |
| A8.1b Signed Engagement Letter.pdf | A8.1b - Letter from Whitley Penn to Kai Becker at GPLA re: Audit Engagement Letter, signed | 2014-09-30 |
| A8.2 Engagement Accept and Continuance Form.pdf | A8.2 - Engagement Acceptance and Continuance Form | 2014-12-31 |
| A8.4 Planning Materiality Worksheet - LA.pdf | A8.4 - Financial Statement Materiality Worksheet for Planning Purposes - Louisiana Pellets Audit | 2014-12-31 |
| A8.4 Planning Materiality Worksheet.pdf | A8.4 - ASB-CX-2.1: Financial Statement Materiality Worksheet for Planning Purposes | 2014-12-31 |
| A8.5a Engagement Team Discussion.pdf | A8.5a - Engagement Team Discussion | 2014-12-31 |
| A8.5b Fraud Risk Inquiries Form.pdf | A8.5b - Fraud Risk Inquiries Form | 2014-12-31 |
| A8.6 Risk Assessment Summary Form - LA.pdf | A8.6 - Risk Assessment Summary Form - Louisiana Pellets Audit | 2014-12-31 |
| A8.6 Risk Assessment Summary Form.pdf | A8.6 - Risk Assessment Summary Form | 2014-12-31 |
| A8.7 Audit Budget.pdf | A8.7 - Budgeted Hours for Audit | 2014-12-31 |
| A8.8 General Planning Procs.pdf | A8.8 - Audit Program for General Planning Procedures | 2014-12-31 |
| A8.8 PBC List - LA.pdf | A8.8 - PBC List - Louisiana Pellets Audit | 2014-12-31 |
| A8.8 PBC List.pdf | A8.8 - PBC List | 2014-12-31 |
| A8.9 Prelim Analytics - LA.pdf | A8.9 - Louisiana Pellets Inc. Preliminary Balance Sheet Analytics - November 30, 2014 and December 31, 2013 | 2014-11-30; 203-12-31 |
| A8.9 Prelim Analytics.pdf | A8.9 - Preliminary Balance Sheet Analytics for Nov 30, 2014 and Dec 31, 2013 | 2013-12-31; 2014-11-30 |
| A8.9a GPLA Gross Vs Net Presentation.pdf | A8.9a - Memo from Engagement Team to German Pellets Workpapers re: Gross vs. Net Revenue Presentation | |

### Information Utilized

| Name | Description | Date |
|---|---|---|
| A8.9a Louisiana VIE Memo - LA.pdf | A8.9a - Memo to German Pellets Workpapers re: Louisiana Entities Potential VIE and Consolidation Considerations - Louisiana Pellets Audit | |
| A8.9a Memo on Texas Consolidation.pdf | A8.9a - Texas Pellets Inc. Consolidation Memo | 2014 |
| A8_10 Communication with Governance During Planning - Draft.pdf | A8.10 - Letter dated March 20, 2014 to Board of Directors and Owners of German Pellets GmbH re: Engagement for audit and auditing standards (draft) | 2014-03-20 |
| A8_10 Governance Communication Issued.pdf | A8.10 - Letter dated March 20, 2014 to Board of Directors and Owners of German Pellets GmbH re: Engagement for audit and auditing standards (official letter) | 2014-03-20 |
| A9 Confirmation Control - LA.pdf | A9 - Confirmation Control - Louisiana Pellets Audit | 2014-12-31 |
| A9 Confirmation Control.pdf | A9 - Confirmation Control | 2014-12-31 |
| amended contract.pdf | Wessel Change Order No. 1 | |
| B1 ICRAM.pdf | B1 - Accounts Receivable / Revenue | 2014-12-31 |
| B3 JE Testing - LA.pdf | B3 - JE Testing - Louisiana Pellets Audit | 2014-12-31 |
| B3 Journal Entry Testing.pdf | B3 - Journal Entry Testing | 2014-12-31 |
| B4 GCR Simple Environment.pdf | B4 - IT General Control Review Evaluation Matrix - Simple Environment | 2014-12-31 |
| B5 Entity Level Evaluation.pdf | B5 - Entity Level Evaluation | 2014-12-31 |
| B6 Payroll SOC 1 Matrix 2014.pdf | B6 - Payroll SOC 1 Matrix | 2014-12-31 |
| B6.1 SOC 1 Report.pdf | B6.1 - Service Organization Controls (SOC 1) Report on the Suitability of the Design and Operating Effectiveness of Controls, Description of ADP's Workforce Now Services System for the period October 1, 2013 to September 30, 2014 | 2013-10-01 - 2014-09-30 |
| B6.2 ADP SOC Bridge Letter 12.31.2014.pdf | B6.2 - Bridge Letter from ADP to "ADP Client" re: received request for information regarding material changes in ADP's internal control environment | 2014-12-31 |
| Bilanz & GuV 30.6.2014 - LPI USGAAP.pdf | Louisiana Pellets, Inc. Balance Sheet and Statement of Income (Loss) as of 6/30/14 and 12/31/13 | 2013-12-31; 2014-06-30 |
| BillFussellCorpRepRaymondJamesDay 2_COND.pdf | Deposition of Corporate Representative of Raymond James & Associates, Inc. - William H. (Bill) Russell, Volume II, taken 12/21/2022 | 2022-12-21 |
| BillFussellCorpRepRaymondJamesDay1_COND.pdf | Deposition of Corporate Representative of Raymond James & Associates, Inc. - William H. (Bill) Russell, Volume I, taken 12/20/2022 | 2022-12-20 |
| BK Claim 3-1.pdf | Official Form 410 Proof of Claim for Germany Pellets Louisiana Filed 3/14/16 | 2016-03-14 |
| Bondholder Distribution 4-27-18.pdf | UMB Notice Regarding Sale Order and Distribution of Bonds, dated 6/13/17 (duplicate) | 2017-06-13 |
| Bondholder Distribution 6-13-17.pdf | UMB Notice Regarding Sale Order and Distribution of Bonds, dated 6/13/17 | 2017-06-13 |
| BrianWinters_285.pdf | Email from Dale Walters to Steve Petrovich re: CNR Pellets Investment; Position/Taxlot Detail Report of CNR Muni High Income Fund dated 1/9/2023 | 2013-12-02 |
| BrianWinters_PDFTran.pdf | Report of Proceedings from the Deposition of Brian Winters taken 1/12/2023 | 2023-01-10 |
| C Cash Audit Program (SMART).pdf | C - Audit Program for Cash | 2014-12-31 |
| C Cash Lead.pdf | C - Cash Lead | 2014-12-31 |
| C1 Cash Testing.pdf | C1 - Cash Testing | 2014-12-31 |
| CC1 Sabine Cash Confirm.pdf | CC1 - Standard Form to Confirm Account Balance Information with Financial Institutions - Sabine State Bank | 2014-12-31 |

**Information Utilized**

| Name | Description | Date |
|---|---|---|
| Change Order.pdf | Exhibit B - Change Order | 2014-01-27 |
| circle transaction LA ($37M).pdf | Flow Chart Showing Movement of $37M Payment/Loan | |
| City National Rochdale Hires Municipal High-Yield Bond.pdf | GlobeNewswire article titled "City National Rochdale Hires Municipal High-Yield Bond Team, Plans to Open New Chicago Office", dated March 11 2016 | 2023-01-23 |
| Claims Register - LA Pellets BK Case (Pacer).pdf | Claims Register in Louisiana Pellets, Inc. Bankruptcy Case (16-80162) | Various |
| Copy of 2017.06.12 - LA Pellets - Distributable Proceeds Analysis_v02.xlsx | LA Pellets Distributable Proceeds Analysis and Fund Balance Analysis dated 6/12/17 | 2017-06-12 |
| doc24707020181019144256.pdf | UC eBanking prime  January 2014 Account Statement/Account Details | 2014-01-12 |
| E Accounts Receivable Audit Program (SMART) - LA.pdf | E - Audit Program for Accounts Receivable and Sales - Louisiana Pellets Audit | 2014-12-31 |
| E Accounts Receivable Audit Program (SMART).pdf | E - Audit Program for Accounts Receivable and Sales | 2014-12-31 |
| E Accounts receivable Lead- Regenerated  - LA.pdf | E - Accounts Receivable Lead - Louisiana Pellets Audit | 2014-12-31 |
| E Accounts Receivable Lead.pdf | E - Accounts Receivable Lead | 2014-12-31 |
| E1 Notes Receivable Roll - LA.pdf | E1 - Louisiana Pellets Inc. Note Receivable Rollforward | 2014-12-31 |
| EE1 2014 LPI Settlement Account Confirmation.pdf | EE1 - Letter from Louisiana Pellets to German Pellets Louisiana re: confirm balance due to/from on 12/31/14 | 2015-03-26 |
| EE1 Note Rec Confirmation  - LA.pdf | EE1 - Letter from Louisiana Pellets to German Pellets Louisiana LLC re: confirm due to/from balance as of 12/31/2014 - Louisiana Pellets Audit | 2014-12-31 |
| EE2 2013 Due to GPLA Confirmation.pdf | EE2 - Letter from Louisiana Pellets to German Pellets Louisiana re: confirm balance due to/from on 12/31/2013 | 2015-04-10 |
| Equity Disclosure Matrix.XLSX | Equity Disclosure Matrix with Columns: Bond Issuances, Amount of Equity, Contributed by, Citation, and Notes | |
| Ex 1.pdf | Wood Pellets Sale and Purchase Agreement between German Pellets Texas, LLC and E.ON UK, plc, effective August 15, 2013 | |
| Ex 16 - Trustee-LaSalle 00000001.XLSX | GPLA General Ledger | 2012-2016 |
| Exhibit 167 Trustee-LaSalle 319264.pdf | Email from Donnie Sattar to Jurgen Katzbichler re: LPI - Project Phase I Financial Model; Email FW from Jurgen to various recipients | 2013-12-09 |
| Exhibit 168 Trustee-LaSalle 319266 LPI++-+Project_Phase+I+_Financial+Model_12.05.2013.xlsm | LPI Project Phase I Financial Model dated 12/5/2013 | 2013-12-05 |
| F Inventory Audit Program (SMART).pdf | F - Audit Program for Inventory and Costs of Sales | 2014-12-31 |
| F Inventory Lead.pdf | F - Inventory Lead | 2014-12-31 |
| F1 Inventory Detail.pdf | F1 - Inventory Detail - Wood & spare parts | 2014-12-31 |
| F1.2 Inventory price testing.pdf | F1.2 - Inventory Price Testing | 2014-12-31 |
| F1.3 Cutoff Testing.pdf | F1.3 - Cutoff Testing | 2014-12-31 |
| File Stamped copy of Answer and Affirmative Defenses to Reconventional D...(3646281.1).pdf | 28th Judicial District Court for the Parish of Lasalle Answer and Affirmative Defenses to Reconventional Demand | Nov 8 2021 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| Fishman Letter to AEA Group.pdf | Letter from Fishman Haygood to AEA Group listing documents mailed to AEA Group Office, dated 12/1/2022 | 2022-12-01 |
| fvs-lvb1.pdf | AICPA Forensic & Valuation Services Practice Aid - Providing Bankruptcy and Reorganization Services, 2nd Edition, Volume 1 - Litigation and Dispute Resolution in Bankruptcy | |
| fvs-lvb2.pdf | AICPA Forensic & Valuation Services Practice Aid - Providing Bankruptcy and Reorganization Services, 2nd Edition, Volume 2 - Valuation in Bankruptcy | |
| FW LA Pellets.pdf | Email from Fishman with attached spreadsheet on LA Pellets Professional Fees | 2022-11-30 |
| G Other Assets Audit Program  - LA.pdf | G - Audit Program for Other Assets - Louisiana Pellets Audit | 2014-12-31 |
| G Prepaid & Other Current Assets Lead - LA.pdf | G - Prepaid & Other Current Assets Lead - Louisiana Pellets Audit | 2014-12-31 |
| G Prepaid & Other Current Assets Lead.pdf | G - Prepaid & Other Current Assets Lead | 2014-12-31 |
| G1 2014 Prepaid Expense - LA.pdf | G1 - Prepaid Expense Detail - Louisiana Pellets Audit | 2014-12-31 |
| G2 2013 Prepaid Detail - LA.pdf | G2 - 2013 Prepaid Detail - Louisiana Pellets Audit | 2013-12-31 |
| German Pellets - Valuation of Louisiana Project as of 12-31-2013.pdf | Calculation of Equity Value and Intangible Asset Value of The Louisiana Pellets Project for German Pellets GmbH | 2013-12-31 |
| gl and vendor accounts list.xlsx | German Pellets Louisiana Vendor Accounts List | 2018-11-14 |
| GP EON Assignment.pdf | Wood Pellets Sale and Purchase Agreement Assignment to GPLA, effective March 7, 2013 | |
| GPLA cash balance analysis new v2.xlsx | Updated Analysis of GPLA's Bank Accounts, AP Balance, and GP GmbH Transfers (includes Sabine State Bank) | 2013-01-31 - 2016-02-18 |
| GPLA cash balance analysis new.xlsx | Analysis of GPLA's Bank Accounts, AP Balance, and GP GmbH Transfers | 2013-01-31 - 2016-02-18 |
| GPLA financial 2013 (SAP).xlsx | GPLA Trial Balance as of 12-31-2014 | |
| GPLA Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements of Financial Affairs.pdf | Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs | 2016-04-28 |
| GPLA Q3 standalone.pdf | German Pellets Louisiana LLC Balance Sheets as of 9/30/15; GPLA Statement of Operations and Member's Equity 2015Q3 | 2015-09-30 |
| GPLA_37_2012 financials (SAP).xlsx | GPLA Balance Sheet | 2011-2012 |
| GPLA_37_2016 financials Mar & Feb 16 (SAP).xlsx | GPLA Balance Sheet February & March 2016 | 2016-02 - 2016-03 |
| GPLA_complete GL recordings (inception to Feb 18, 2016).xlsx | German Pellets General Ledger | 2012-12-01 - 2016-02-18 |
| GPLA_GPGmbH_Intercompany_Transactions (2019 analysis).xlsx | GPLA GPGmbH Intercompany Transactions - Adjusted and Unadjusted Balances with GP GmbH with Charts | 2012-12-17 - 2016-02-18 |
| ICE_LIBOR_Interest_Rate_Profile_808e2132-ca0a-4935-8ca3-f6cef999b1c6.xls | 3 Month USD LIBOR Yield from 8/16/2022 through 2/15/2023 | 2023-02-03 |
| invoice no. 120499 WB LA LLC 2012.pdf | German Pellets Invoice No. 120499 | 2012-12-31 |
| invoice no. 130336 WB LA LLC 1. Hj 2013.pdf | German Pellets Invoice No. 130336 | 2013-06-30 |
| invoice no. 130798 WB LA LLC 2. Hj 2013.pdf | German Pellets Invoice No. 130798 | 2013-12-31 |
| invoice no. 130799 WB LA LLC Dez. 2013.pdf | German Pellets Invoice No. 130799 | 2013-12-31 |

## Information Utilized

| Name | Description | Date |
|------|-------------|------|
| J Other Assets Lead.pdf | J - Other Assets Lead | 2014-12-31 |
| K Audit Program for Fixed Assets (SMART) - LA.pdf | K - Audit Program for Property - Louisiana Pellets Audit | 2014-12-31 |
| K Audit Program for Fixed Assets (SMART).pdf | K - Audit Program for Property | 2014-12-31 |
| K Fixed Asset Lead  - LA.pdf | K - Fixed Asset Lead - Louisiana Pellets Audit | 2014-12-31 |
| K Fixed Asset Lead.pdf | K - Fixed Asset Lead | 2014-12-31 |
| K1 Fixed Asset Testing - 7-10  - LA.pdf | K1 - Fixed Asset Rollforward - Louisiana Pellets Audit | 2014-12-31 |
| K1a Fixed Asset Testing.pdf | K1 - Fixed Asset Testing | 2014-12-31 |
| K1a FA Additions MUS Sampling  - LA.pdf | K1a - Active Data Sample Detail - Louisiana Pellets Audit | 2014-12-31 |
| LA Pellets Payments.xlsx | LA Pellets Payments by bond type 2013B, 2013C, 2014A, 2014B, 2015 exempt and 2015A exempt from 7/1/2016 to 4/27/2018 | 2016-07-01 - 2018-04-27 |
| LA Pellets Professional Fees.xlsx | Breakdown of LA Pellets professional fees, revenue, project fund and taxable bond fund | 2016-2022 |
| LA_Aging_013114.xlsx | GPLA AP Aging as of 1-31-2014 | |
| LA_Aging_123114.xlsx | GPLA Aging as of 12-31-2014 | |
| List of Wessel payments.xlsx | List of Wessel Payments from April 2014 to December 2015 | 2014-04-10 - 2015-12-10 |
| Louisiana Pellets Reporting 2015 Q2.pdf | Louisiana Pellets, Inc. Consolidated Financial Statements Quarter 2, 2015 and December 31, 2014 | 2014-12-31; 2015Q2 |
| Louisiana Pellets, Inc. and German Pellets Louisiana, LLC Claims Register.pdf | | |
| LPI consolidated financials 2015 (unaudited draft).pdf | Louisiana Pellets, Inc. Consolidated Balance Sheets as of 12/31/15; LPI Consolidated Statement of Comprehensive Loss as of 12/31/15 | 2015-12-31 |
| LPI consolidated financials Q3 2015.pdf | Louisiana Pellets, Inc. Consolidated Financial Statements as of Quarter 3, 2015 | 2015-09-30 |
| LPI financials 2013 (SAP).xlsx | LPI Trial Balance as of 12-31-2014 | |
| LPI Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements of Financial Affairs.pdf | Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs | 2016-04-28 |
| LPI_38_2012 financials (SAP).xlsx | LPI Balance Sheet | 2011-2012 |
| LPI_38_2016 financials Mar & Feb 16 (SAP).xlsx | LPI Balance Sheet February & March 2016 | 2016-02 - 2016-03 |
| LPI_complete GL recordings (inception to Feb 18, 2016).xlsx | Louisiana Pellets General Ledger | 2012-12-01 - 2016-02-18 |
| M Debt Audit Program (SMART)  - LA.pdf | M - Audit Program for Notes Payable and Long-term Debt - Louisiana Pellets Audit | 2014-12-31 |
| M Debt Audit Program.pdf | M - Audit Program for Notes Payable and Long-term Debt | 2014-12-31 |
| M Long-term Debt Lead  - LA.pdf | M - Long-term Debt Lead - Louisiana Pellets Audit | 2014-12-31 |
| M Long-term Debt Lead.pdf | M - Long-term Debt Lead | 2014-12-31 |
| M1 Debt Testing - LA.pdf | M1 - Long-Term Debt and Accrued Interest Rollforward - Louisiana Pellets, Inc. | 2014-12-31 |
| M1 Debt Testing.pdf | M1 - Debt Testing | 2014-12-31 |
| M1a Sinking Fund Schedule - LA.pdf | M1a - Bonds Sinking Funds Redemption Schedule - Louisiana Pellets | 2014-12-31 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| Matter of Coutee.pdf | Thelton & Emogene Coutee v. Brett Brunson and Fuhrer Flournoy Hunter & Morton Petition for Rehearing Denied 3/9/1993 | 1993-03-09 |
| MM1 2014 Working Capital Line Confirmation.pdf | MM1 - Letter from Louisiana Pellets to German Pellets Louisiana LLC re: confirm balance due to/from on December 31, 2014 | 2015-03-26 |
| MM1 WF Bonds Confirm - LA.pdf | MM1 - Audit Confirmation Statement from Wells Fargo re: Series 2014 Bonds dated 8/5/2014 and 12/5/13 - Louisiana Pellets | 2014-08-05; 2013-12-05 |
| MM2 WP Bond Confirm for 2013A - LA.pdf | MM2 - Bond Confirmation from Wells Fargo for Revenue Bonds dated 3/21/2013 - Louisiana Pellets | 2015-03-04 |
| MM3 WF Bond Confirm 2013A for 2013 - LA.pdf | MM3 - Bond Confirmation from Wells Fargo for Revenue Bonds dated 3/21/2013 - Louisiana Pellets | 2014-01-29 |
| MM4 WF Bond Confirm 2013 - LA.pdf | MM4 - Bond Confirmation from Wells Fargo for 12/5/13 Bonds - Louisiana Pellets | 2014-03-20 |
| N Accounts Payable and Accruals Audit Program (SMART) - LA.pdf | N - Audit Program for Accounts Payable and Other Liabilities - Louisiana Pellets | 2014-12-31 |
| N Accounts Payable and Accruals Audit Program (SMART).pdf | N - Audit Program for Accounts Payable and Other Liabilities | 2014-12-31 |
| N Accounts Payable Lead  - LA.pdf | N - Accounts Payable Lead - Louisiana Pellets | 2014-12-31 |
| N Accounts Payable Lead.pdf | N - Accounts Payable Lead | 2014-12-31 |
| N1 Search for Unrecorded Liabilities - LA.pdf | N1 - Search for Unrecorded Liabilities - Louisiana Pellets | 2014-12-31 |
| N1 Search for Unrecorded Liabilities.pdf | N1 - Search for Unrecorded Liabilities | 2014-12-31 |
| NN1 2014 LPI Settlement Account Confirmation - LA.pdf | NN1 - Letter from Louisiana Pellets to German Pellets Louisiana re: confirm balance due to/from at December 31, 2014 - Louisiana Pellets Audit | 2015-04-10 |
| NN1 Related Party Confirm.pdf | NN1 - Letter from Louisiana Pellets to German Pellets Louisiana LLC re: confirm balance due to/from on December 31, 2014 | 2015-03-26 |
| NN2 2013 LPI AP Confirmation - LA.pdf | NN1 - Letter from Louisiana Pellets to German Pellets Louisiana re: confirm balance due to/from at December 31, 2013 - Louisiana Pellets Audit | 2015-04-10 |
| NN2 GmbH Related Party Confirmation.pdf | NN2 - Letter from German Pellets Louisiana to German Pellets GmbH re: confirm balance due to/from on December 31, 2014 | 2015-03-26 |
| NN3 GmbH 2013 Related Party Confirm.pdf | NN3 - Letter from German Pellets Louisiana to German Pellets GmbH re: confirm balance due to/from on December 31, 2013 | 2015-04-17 |
| NN4 GPLA_Holding_2013.pdf | NN4 - Letter from German Pellets Louisiana to German Pellets GmbH re: confirm balance due to/from on December 31, 2013 | 2015-03-26 |
| No. 575.pdf | Expedited Motion for Entry of Orders: (I) Approving Bidding Procedures and Potentially Awarding Certain Protections and (II) Authorizing (A) the Sale of Substantially All of the Debtors Assets, and (B) the Assumption and Assignment of Certain Executory Co | 01/18/2017 |
| No. 657.pdf | Notice of Proposed Sale Order | 2017-04-03 |
| No. 657-1.pdf | Notice of Proposed Sale Order | 2017-04-03 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| No. 661.pdf | Order Granting Ex Parte Motion for Entry of Orders: (I) Approving Bidding Procedures and Potentially Awarding Protections and (II) Authorizing (A) the Sale of Substantially All of the Debtors Assets and (B) the Assumption and Assignment Certain Contracts | 04/11/2017 |
| No. 743.pdf | Order Granting Objection to Claim 1, IRS. Order that claim is disallowed. (Re: 723 Objection to Claim) | 08/24/2017 |
| No. 744.pdf | Order Granting Objection to Claim 2, LA Workforce Comm. Order that clai is disallowed. (Re: 724 Objection to Claim) | 08/24/2017 |
| No. 745.pdf | Order Granting Objection to Claim 5, LaSalle Parish sheriff. Order that claim is disallowed. (Re: 725 Objection to Claim) | 08/24/2017 |
| No. 746.pdf | Order Granting Objection to Claim 40, William Moran. Order that claim is disallowed. (Re: 726 Objection to Claim) | 08/24/2017 |
| NormanDittmar_Rough.txt | Draft deposition transcript of Norman Dittmer taken 11/29/22 | 2022-11-29 |
| O Income Tax Audit Program (SMART) - LA.pdf | O - Audit Program for Income Taxes - Louisiana Pellets Audit | 2014-12-31 |
| O Income Tax Lead - LA.pdf | O - Income Tax Lead - Louisiana Pellets Audit | 2014-12-31 |
| O Income Tax Lead.pdf | O - Income Tax Lead | 2014-12-31 |
| O1 FIN 48 Memo.pdf | O1 - Memo from Whitley Penn to German Pellets Audit Binder re: FIN 48 Analysis | 2014-12-31 |
| O1 louisiana pellets inc 2014 provision - LA.pdf | O1 - Tax Provision Workpaper - Rate Reconciliation - Louisiana Pellets, Inc. | 2014-12-31 |
| P Accrued Expenses & Other Liabilities Lead - LA.pdf | P - Accrued Expenses & Other Liabilities Lead - Louisiana Pellets Audit | 2014-12-31 |
| P Accrued Expenses & Other Liabilities Lead.pdf | P - Accrued Expenses & Other Liabilities Lead | 2014-12-31 |
| PF1 Equity_Contribution_Agreement.pdf | PF1 - Equity Contribution Agreement among German Pellets Louisiana, LLC, German Pellets Holding USA, Inc., IPBH Pellets Beteilingungs GmbH, KKR Asset Management LLC as Series C Bondholder and Wells Fargo Bank NA as Trustee dated 12/5/13 | 2013-12-05 |
| PF2 037__E_ON_Offtake_Agreement.pdf | PF2 - Wood Pellets Sale and Purchase Agreement between German Pellets and E.ON UK PLC dated 8/15 | |
| PF3 038__Assignment_and_Assumption_of_E_ON_Offtake_Agreement.pdf | PF3 - Agreement on the Assignment and Assumption of Contract between German Pellets Texas, LLC, German Pellets Louisiana, LLC and E.ON UK PLC dated March 7, 2013 | 2013-03-07 |
| PF4 042__NAPCO_Wood_Supply_Agreement.pdf | PF4 - Supply Agreement between German Pellets Louisiana, LLC and North American Procurement Company dated May 22nd, 2013 | 2013-05-22 |
| PF5 Amended_and_Restated_Operator_Lease_Agreement[1].pdf | PF5 - Amended and Restated Lease Agreement between Louisiana Pellets and German Pellets Louisiana LLC | 2013-12 |
| PF6 German_Pellets_GS.pdf | PF6 - Formation certification of German Pellets Louisiana dated 11/27/2012 | 2012-11-27 |
| PF7 German_Pellets_Louisiana_LLC_-_Operating_Agreement[1].pdf | PF7 - Operating Agreement of German Pellets Louisiana, LLC dated 12/7/2012 | 2012-12-07 |
| PFA1 084 Amended and Restated Indenture of Trust - LA.pdf | PFA1 084 - Amended and Restated Indenture of Trust between Louisiana Public Facilities Authority and Wells Fargo Bank, dated November 1, 2013 - Louisiana Pellets Audit | 2013-11-01 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| PFA2 086  Amended and Restated Loan Agreement - LA.pdf | PFA2 086 - Amended and Restated Loan Agreement between Louisiana Public Facilities Authority and Louisiana Pellets, Inc, dated November 1, 2013 - Louisiana Pellets Audit | 2013-11-01 |
| PFA3 Second_Amended_and_Restated_Indenture_of_Trust[1] - LA.pdf | PFA3 - Second Amended and Restated Indenture of Trust between Louisiana Public Facilities Authority and Wells Fargo Bank, dated August 1, 2014 - Louisiana Pellets Audit | 2014-08-01 |
| PFB1 Lease contract 001-0710255 (CAT Financials).pdf | PFB1 - Finance Lease Contract 001-0710255 between Caterpillar Financial Services Corporation and German Pellets Louisiana for lease of equipment, signed but not dated | |
| PFB2 Lease contract 001-0719793 (CAT Financials)_990.pdf | PFB1 - Finance Lease Contract 001-0719793 between Caterpillar Financial Services Corporation and German Pellets Louisiana for lease of equipment, signed 10/24/14 | 2014-10-24 |
| PFC1 Louisiana Pellets, Inc. - Bylaws - LA.pdf | PFC1 - Bylaws of Louisiana Pellets, Inc. dated November 27, 2012 | 2012-11-27 |
| PFC2 LP_Inc_apostilliertes_Certificate_of_Incorporation[1] - LA.pdf | PFC2 - Certificate of Incorporation of Louisiana Pellets, Inc. dated November 26, 2012 | 2012-11-26 |
| PFK1 Amended and Restated EPC Contract.pdf | PFK1 - Amended and Restated Turnkey Engineering, Procurement and Construction Contract for a Pellet Production Facility between German Pellets Louisiana, LLC and Louisiana Pellets, dated 12/5/2013 | 2013-12-05 |
| PFM1 Amended and Restated Indenture of Trust.pdf | PFM1 - Amended and Restated Indenture of Trust  between Louisiana Public Facilities Authority and Wells Fargo dated 11/1/2013 | 2013-11-01 |
| RJA Bond Payments.xlsx | List of RJ Bond Payments made on 2013A, 2013B/C, 2014A/B, 2015, and 2015A bonds, totaling $12,220,000 | |
| RJA_Jalbert_00254467.pdf | Emails between Szalkowski, Dutta, Sattar, and Longo re: Langerlo - Q&A | 2016-03-11 |
| RJA_Jalbert_00254470.pdf | IPBG Pellets Beteiligungs GmbH Financial Statements dated 12/31/2014 | 2015-10-30 |
| S1 Lease Schedule.pdf | S1 - German Pellets Texas LLC Lease Schedule | 2014-12-31 |
| S2 Capital Lease Analysis.pdf | S2 - German Pellets Louisiana LLC Capital Lease Analysis | 2014-12-31 |
| SPGlobal_MarketCharts_21-Dec-2022 3MUSDLIBOR.xls | 3 Month USD LIBOR Yield from 12/30/2016 through 12/20/2022 | 2016-12-30 - 2022-12-20 |
| T Equity Audit Program (SMART) - LA.pdf | T - Audit Program for Equity - Louisiana Pellets Audit | 2014-12-31 |
| T Equity Audit Program (SMART).pdf | T - Audit Program for Equity | 2014-12-31 |
| T Equity Lead - LA.pdf | T - Equity Lead - Louisiana Pellets Audit | 2014-12-31 |
| T Equity Lead.pdf | T - Equity Lead | 2014-12-31 |
| T1 Equity Roll.pdf | T1 - Statement of Changes in Stockholders' Equity | 2014-12-31 |
| T1 Equity Rollforward - LA.pdf | T1 - Statement of Changes in Stockholders' Equity - Louisiana Pellets | 2014-12-31 |
| Taxable Bond Fund.pdf | LA Pellets Taxable Bond Fund Transaction List from 1/3/2017 to 12/13/22 | 2017-01-03 - 2022-12-13 |
| Trosiner Depo Exhibit 01.pdf | Trosiner Ex.1 - Amended Notice of 30(B)(6) Deposition of Wessel GmbH | 2019-01-18 |
| Trosiner Depo Exhibit 02.pdf | Trosiner Ex. 2 - Purchase and Installation Contract Pelletting Plant by and between German Pellets Louisiana, LLC and Wessel GMBH dated 2/21/2013 | 2013-02-21 |
| Trosiner Depo Exhibit 03.pdf | Trosiner Ex. 3 - Change Order for Urania Plant Lines A and B - Contract Price of 5,560,000 Euros | 2014-02-11 |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| Trosiner Depo Exhibit 04.pdf | Trosiner Ex. 4 - Defendant's Responses to Plaintiff's First Set of Interrogatories | 2018-11-20 |
| Trosiner Depo Exhibit 05.pdf | Trosiner Ex. 5 - Letter from German Pellets to Wessel GmbH re: Urania Phase II (written in German); Change Order for Urania Plant dated 4/16/15 | 2015-07-21 |
| Trosiner Depo Exhibit 06.pdf | Trosiner Ex. 6 - Defendant's Responses to Trustee's Second Set of Request for Admissions | 2018-12-17 |
| Trosiner Depo Exhibit 07.pdf | Trosiner Ex. 7 - Invoice #2014-1009 from Wessel to German Pellets for Conveying and Cooling Equipment for Line B Down Payment totaling 200,000 Euros; Conditional Waiver and Release on Progress Payment | 2014-09-26 |
| Trosiner Depo Exhibit 08.pdf | Trosiner Ex. 8 - Invoice # 2014-1011 from Wessel to German Pellets Louisiana for Conveying and Cooling Equipment for Line B totaling 400,000 Euros; Conditional Waiver and Release on Progress Payment | 2014-12-09 |
| Trosiner Depo Exhibit 09.pdf | Trosiner Ex. 9 - Invoice #2015-1012 from Wessel to German Pellets for Conveying and Cooling Equipment for Line B Down Payment totaling 600,000 Euros; Conditional Waiver and Release on Progress Payment | 2015-08-05 |
| Trosiner Depo Exhibit 10.pdf | Trosiner Ex. 10 - Models of Plant/Machinery | |
| Trosiner Depo Exhibit 11.pdf | Trosiner Ex. 11 - List of produced parts for pelletizing line B1/Phase II at Urania, LA; Images of Machinery/Equipment | |
| Trosiner Depo Exhibit 12.pdf | Trosiner Ex. 12 - Emails with Detlef Trosiner, Frank Leckermuller, Peter Leibold, Patrick Lensing (in German) re: Urania B | 2015-12-16 |
| Trosiner Depo Exhibit 13.pdf | Trosiner Ex. 13 - Wessel GmbH's Amended Answer and Affirmative Defenses | 2018-06-18 |
| Trustee Phelps 2407-2408.pdf | Invoice No. 013522 dated 6/2/15 from GPLA to Phelps Industries, Inc. for $213,480 | 2015-06-02 |
| Trustee-Phelps 000238-241.pdf | Invoice No. 013231 dated 9/19/14 from Phelps to GPLA for $53,370 signed by Bridget Higgs; Conditional Waiver and Release on Progress Payment | 2014-09-19 |
| Trustee-Phelps 000242-45.pdf | Invoice No. 013231 dated 12/4/14 from Phelps to GPLA for $53,370 signed by Bridget Higgs; Conditional Waiver and Release on Progress Payment | 2014-12-04 |
| Trustee-Phelps 000654-657.pdf | Invoice No. 013522 dated 3/31/15 from Phelps to GPLA for $213,480 signed by Bridgett Higgs; Conditional Waiver and Release on Progress Payment | 2015-03-31 |
| Trustee-Phelps 002395.pdf | PDF of Excel Workbook Showing Stat, CoCd, Assignment, G/L, Account #, Reference #, Document #, Type, D/C, Clrng doc., Text, Posting Date, Doc. Date, Net Due Date, Amount in local and document currency, clearing date | 2013-12-17 - 2016-09-23 |
| Trustee-Phelps 002411-2412.pdf | Invoice No. 013231 dated 12/1/14 from GPLA to Phelps for $53,370 | 2014-12-01 |
| Trustee-Phelps 002413-14.pdf | Invoice No. 013332 dated 12/17/14 from GPLA to Phelps for $53,370 | 2014-12-17 |
| Trustee-Teal 2337.pdf | | |
| Trustee-Teal_000004.pdf | Purchase and Installation Contract Dryer Island by and between German Pellets Louisiana LLC and Teal Sales Inc. | 02/25/2013 |
| Trustee-Teal_002545.pdf | tsi Invoice to German Pellets Louisiana LLC Phase IIA Inv. No. 141205.4  - partial down payment - Phase IIA Dryer Line | 12/05/2014 |
| Trustee-Teal_005026.pdf | Spreadsheet consisting of Stat CoCd G/L Account Reference Doc No. Type D/C Clmg doc Text Pstg Date Doc Date New Due dt Amt in loc cur LCurr Amt in doc curr  Clearing | |

## Information Utilized

| Name | Description | Date |
|---|---|---|
| Trustee-Teal_005028.pdf | UniCredit UC eBanking prime details GP Louisiana LLC Bankcode:  13040000 | 12/17/2014 |
| Trustee-Teal_005029.pdf | UniCredit UC eBanking prime details Bankcode: 13040000 | 12/01/2014 |
| U Revenue and Expense Audit Program (SMART) - LA.pdf | U - Audit Program for Income and Expenses - Louisiana Pellets Audit | 2014-12-31 |
| U Revenue and Expense Audit Program (SMART).pdf | U - Audit Program for Income and Expenses | 2014-12-31 |
| U1 Revenue Lead - LA.pdf | U1 - Revenue Lead - Louisiana Pellets Inc. | 2014-12-31 |
| U1 Revenue Lead.pdf | U1 - Revenue Lead | 2014-12-31 |
| U1.1 Revenue Recognition Memo.pdf | U1.1 - Memo from Audit Engagement Team to German Pellets Louisiana, LLC re: Revenue Recognition Analysis, dated 4/20/15 | 2015-04-20 |
| U2 Cost of Sales Lead - LA.pdf | U2 - Cost of Sales Lead - Louisiana Pellets | 2014-12-31 |
| U2 Cost of Sales Lead.pdf | U2 - Cost of Sales Lead | 2014-12-31 |
| U3 G&A Lead - LA.pdf | U3 - General and Administrative Lead - Louisiana Pellets | 2014-12-31 |
| U3 G&A Lead.pdf | U3 - General and Admin Lead | 2014-12-31 |
| U3.1 Compensation Analysis.pdf | U3.1 - Compensation Analysis | 2014-12-31 |
| U4 Other Income and Expense Lead - LA.pdf | U4 - Other Income and Expense Lead - Louisiana Pellets | 2014-12-31 |
| U4 Other Income and Expense Lead.pdf | U4 - Other Income and Expense Lead | 2014-12-31 |
| U4.1 Foreign Currency Memo - LA.pdf | U4.1 - Foreign Currency Translation Consideration Memo | |
| U4.1 Profit_loss currency revaluation detail.pdf | U4.1 - Foreign Currency Valuation | 2014-12-31 |
| U4.2 Foreign Currency Memo.pdf | U4.2 - Memo re: Foreign Currency Translation Consideration | |
| U5 Income Tax Lead - LA.pdf | U5 - Income Tax Lead - Louisiana Pellets | 2014-08-01 - 2014-08-04 |
| U5 Income Tax Lead.pdf | U5 - Income Tax Lead | 2014-12-31 |
| U6 POC Schedule.pdf | U6 - Schedule of Percentage of Completion on Contract Work in Process | 2014-12-31 |
| U7 Job Cost Testing.pdf | U7 - Job Cost Testing | 2014-12-31 |
| UMB 3617 - 7-1-2016 payment.pdf | Email from Laura Roberson to Miyoko Sato and Michael Slade re: excel spreadsheet called 7-1-2016 Payments LA.xlsx | 2016-06-30 |
| UMB 3618 (PDF from native) for 7-1-2016 payment.pdf | PDF of spreadsheet showing LA Pellets Payments due 7-1-16, by bond type | 2016-07-01 |
| umb 5582.pdf | UMB Notice Regarding Sale Order and Distribution of Bonds, dated 6/13/17 (duplicate) | 2017-06-13 |
| UMB 57 shows 10-3-16 payments.pdf | UMB Bank Transaction Listing for Acct - 144202.6 LA Pellets Project Fund dated 11/4/16 | 2016-11-04 |
| UMB Distribution 4-27-18.pdf | UMB Notice Regarding Sale Order and Distribution of Bonds, dated 4/27/18 | 2018-04-27 |
| USD 3 Month LIBOR.png | Screenshot of USD 3 Month LIBOR as of Nov 21, 2022 | 2022-11-21 |
| wessel contract.pdf | Purchase and Installation Contract for a Pelleting Plant between GPLA and Wessel dated 2-21-2013 | 2013-02-21 |
| Whitley Penn JeffrySLawlis_COND.PDF | Deposition of Whitley Penn, LLP through its representative Jeffrey S. Lawlis, taken 12/15/22 | 2022-12-15 |